Mehrdad Saidi- in proper
C/o 31500 Grape Street #481
Lake Elsinore, California [92532]
mike.saidi@yahoo.com
951-491-5666

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEHRDAD SAIDI, | CASE# |
| Plaintiff, | BILL IN EQUITY |
| vs. | SACV14-01197 PSG(ASx) |
| CALIFORNIA REPUBLIC BANK, | |
| Defendant. | |

FILED

2014 JUL 29 PM 4: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

PAID
400 #
ns

## JURISDICTION AND VENUE

1, Jurisdiction in this matter is hereby granted by Mehrdad Saidi, Authorized Representative for MEHRDAD SAIDI by way of sufficiency of pleadings (see Affidavit in Support of AMENDED COMPLAINT BILL IN EQUITY).

2.      The venue of this court is correct as MEHRDAD SAIDI does business in the STATE OF CALIFORNIA, and MEHRDAD SAIDI is diverse from CALIFORNIA REPUBLIC BANK , doing business in STATE OF CALIFORNIA, and the amount in controversy exceeds Seventy-five thousand ($75,000.00) dollars.

## PARTIES

3.      MEHRDAD SAIDI has established a residency in STATE OF CALIFORNIA for over one year.

4.      CALIFORNIA REPUBLIC BANK demonstrates a residency in the jurisdiction of the UNITED STATES and does business in STATE OF CALIFORNIA.

## FACTS

5.    Plaintiff has exhausted administrative remedy and comes to this court of equity with clean hands and in good faith (see exhibits A,B,C).

6.    Plaintiff has established "judgment in estoppel" against Defendant as evidenced by attached the Certificate of Non-Response, certified by M.K. Pennington, a notary public for Riverside County.

7.    Plaintiffs administrative remedy is res judicata,

8.    Failure of Defendant to respond in this matter is stare decisis.

9.    Plaintiffs administrative remedy is ripe for judicial review, and there are no facts in Controversy.

## LEGAL CLAIMS

10.    Plaintiff is entitled to relief in this equitable claim.

11.    Defendant is estopped for failure to respond to original administrative process as evidenced by exhibits A,B,C.

12.    Plaintiff has placed the facts and the law before this honorable court.

## RELIEF SOUGHT

11.    Plaintiff requests judicial review of his administrative process and remedy.

12.    Plaintiff requests this court to find the facts and execute on the law of the contract before this court.

13.    Plaintiff requests summary judgment on his administrative remedy.

14.    Plaintiff requests the court to order Defendant to pay the sum certain $100,000.00 over to Plaintiff plus fees and any other damages this court deems fair.

15.    Plaintiff requests the court to release the Order of the Court to MEHRDAD SAIDI.

Respectfully submitted by order of MEHRDAD SAIDI.

Mehrdad Saidi
Authorized Representative
California

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of _Riverside_

On _July 28, 2014_ before me, _M. K. Pennington, Notary Public_ ,
<div align="center">(Here insert name and title of the officer)</div>

personally appeared _Mehrdad Sardi_ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph
is true and correct.

WITNESS my hand and official seal.

_M.K. Pennington_
Signature of Notary Public

<div style="border:1px solid;">
M. K. PENNINGTON
Commission No. 2051662
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires DECEMBER 13, 2017
</div>

(Notary Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_Bill of Equity_
(Title or description of attached document)

(Title or description of attached document continued)

Number of Pages __4__  Document Date __7-28-2014__

(Additional information)

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as
appears above in the notary section or a separate acknowledgment form must be
properly completed and attached to that document. The only exception is if a
document is to be recorded outside of California. In such instances, any alternative
acknowledgment verbiage as may be printed on such a document so long as the
verbiage does not require the notary to do something that is illegal for a notary in
California (i.e. certifying the authorized capacity of the signer). Please check the
document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document
  signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which
  must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her
  commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of
  notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e.
  he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this
  information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible.
  Impression must not cover text or lines. If seal impression smudges, re-seal if a
  sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of
  the county clerk.
  - ❖ Additional information is not required but could help to ensure this
    acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a
    corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

### CAPACITY CLAIMED BY THE SIGNER

- ☒ Individual (s)
- ☐ Corporate Officer

  _____
  (Title)

- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

## PROOF OF SERVICE

I _____ reside in the County of _____, State of California.  I am over the age of 18 and not a party to the within action.  My address is _____.

On _____ day of _____, 2014, I served the following document described as _____ on all interested parties in this action by placing  [ ] a true copy  [ ] the original thereof enclosed in sealed envelopes addressed as follows:

[  ]    (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transaction.

[  ]    (BY MAIL, 1013a, 2015.5 C.C.P.)
    [  ]    I deposited such envelope in the mail at_____, California.  The envelope was mailed with postage thereon fully prepaid.
    [ ]    I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Corona, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]    (BY PERSONAL SERVICE) I caused the foregoing envelope to be delivered by hand to the offices of the addressee.

[  ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[  ]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this       court at whose direction the service was made.

Executed on _____ day of _____, 2014 at _____, California.


_____                    _____
[Print name here]                                        [Signature]

Mehrdad Saidi- in proper
C/o 31500 Grape Street #481
Lake Elsinore, California [92532]
mike.saidi@yahoo.com
951-491-5666

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MEHRDAD SAIDI,                          CASE#

                    Plaintiff,          AFFIDAVIT IN SUPPORT
                                        BILL IN EQUITY
     vs.

CALIFORNIA REPUBLIC BANK,

                    Defendant.

I, Mehrdad Saidi, being first duly sworn, depose and say as follows:

1.

One Mehrdad has examined the Bill in Equity and affirm that all the statements are true and correct.

2.

One Mehrdad that California Republic Bank has defaulted through acquiescence by refusing to respond to Plaintiff's correspondence when they had a duty to do so.

3.

One, Mehrdad Saidi, is a private banker as defined in 31 U.S.C. 5312(a) (2) (C) and has retained the services of Notary M.K. Pennington to witness the correspondence between the

Plaintiff and the Defendant and to certify the factual stipulations reached through respondents tacit procuration.

<center>4.</center>

One Mehrdad Saidi has suffered an injury by the actions of the defendant, California Republic Bank, through the defendant's unlawful retention of Plaintiff's property identified as a 2012 Nissan Rogue, VIN# JN8AS5MT0CW250697 entitling the plaintiff the cost of the car plus triple damages in the amount of One Hundred Thousand Dollars ($100,000.00 USD).

I, Mehrdad Saidi, promise to testify or certify to the truth of all applicable statements in this affidavit in any case now pending or which may occur regarding the facts giving rise to this affidavit.

Respectfully submitted,                  This **28** day of , July  2014

By: _____

                Mehrdad Saidi- Sui Juris

                Affiant


TO BE USED BY A NOTARY PUBLIC

State of _____

ss_____ (Town/city)

County of _____

Subscribed and sworn before me this _____ day of _____, 2_____.

_____

Notary Public's Signature

# Jurat

State of California

County of _Riverside_

Subscribed and sworn to (or affirmed) before me on this _28_ day of _July_ ,

20 _14_ by _Mehrdad Saidi_ ,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_M.K. Pennington_
Signature

(Notary seal)



M. K. PENNINGTON
Commission No. 2051662
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires DECEMBER 13, 2017

NCC1   NCC1

---

# OPTIONAL INFORMATION

### INSTRUCTIONS FOR COMPLETING THIS FORM
*The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_Affidavit in Support Bill of_
(Title or description of attached document)

_Equity_
(Title or description of attached document continued)

Number of Pages _3_   Document Date _7-28-2014_

(Additional information)

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document

2008 Version CAPA v1.9.07  800-873-9865  www.NotaryClasses.com

**PROOF OF SERVICE**

I _____ reside in the County of _____, State of California.  I am over the age of 18 and not a party to the within action.  My address is _____.

On _____ day of _____, 2014, I served the following document described as _____ on all interested parties in this action by placing  [ ] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

[ ]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transaction.

[ ]   (BY MAIL, 1013a, 2015.5 C.C.P.)
    [ ]   I deposited such envelope in the mail at_____, California.  The envelope was mailed with postage thereon fully prepaid.
    [ ]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Corona, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused the foregoing envelope to be delivered by hand to the offices of the addressee.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this       court at whose direction the service was made.

Executed on _____ day of _____, 2014 at _____, California.


_____          _____
        [Print name here]                                        [Signature]

# EXHIBIT   A

REGISTERED MAIL # RE 076 176 118 US

## **AFFIDAVIT OF MAILING**

On this _10_ day of January, 2014, Mehrdad Saidi, appeared before me with the following documents listed below:

1. Tender For Full Satisfaction of Claim regarding ROGHIEH YAZDANFAR, issued by Mehrdad Saidi and dated January 6, 2014; and
2. Statement of CALIFORNIA REPUBLIC BANK AUTO FINANCE, dated January 29, 2013; and
3. RETAIL INSTALLMENT SALE CONTRACT for RIVERSIDE NISSAN, dated June 3, 2012; and
4. Lawful Order For Money, issued by Mehrdad Saidi and dated January _10_ 2014; and
5. **International Bill of Exchange**, issued by Mehrdad Saidi and dated January _10_, 2013; and
6. **NOTICE of MEMORANDUM OF LAW**

The documents above were placed in an envelope and sealed. Sent by United States Post Office Registered Mail Receipt Number RE 076 176 118 US and addressed to the following:

CALIFORNIA REPUBLIC BANK AUTO FINANCE
Attn: Andrew Reid, CFO
1400 Newport Center Drive, Suite 150
Newport Beach, CA 92660-0943

A copy of the above documents were mailed via the United States Post Office to the following:

SECRETARY OF STATE, CALIFORNIA
Attn: Debra Bowen
1500 11th Street
Sacramento, CA 95814

United States Department of the Treasury: Bureau of Public Debt
799 9th Street, NW
Washington, DC 20239-0001.

I declare under penalties of perjury under the laws of the State of California that the above is true, correct, and complete, and that this Affidavit of Mailing was executed on January _10_ 2014, at Norco, California. I am not an attorney, nor do I give legal advice. I am a third party witness and record keeper of the facts only.

_M. K. Pennington_                    _1-06-2014_
Signature, Notary Public                 DATE

My Commission Number: _205 1662_

My Commission Expires: _December 13, 2017_

M. K. PENNINGTON
Commission No. 2051662
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires DECEMBER 13, 2017
NCC1

State of California )

County of Riverside )

# CALIFORNIA JURAT

Subscribed and sworn to (or affirmed) before me on this _29th_ day

of _January_ , 20_14_ , by _Mehrdad Saidi_

_____ ,

proved to me on the basis of satisfactory evidence to be the person(s)

who appeared before me.

M. K. PENNINGTON
Commission No. 2051862
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires DECEMBER 13, 2017

Signature _M. K. Pennington_____

(Seal)

---

## OPTIONAL INFORMATION

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

### Description of Attached Document

This certificate is attached to a document titled/for the purpose of

_Affidavit In Support Of Commercial Discharge_

containing _3_ pages, and dated _January 29, 2014_ .

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
└─ ◯ form(s) of identification  ◯ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _12_   Entry # _1_

Notary contact: _____

**Other**

☐ Affiant(s) Thumbprint(s)   ☐ Describe: _____

© Copyright 2007-2011 Notary Rotary, Inc.   PO Box 41400, Des Moines, IA 50311-0507.   All Rights Reserved.   Item Number 101884.   Please contact your Authorized Reseller to purchase copies of this form.

REGISTERED MAIL NO.
**RE 076 176 118 US**

From: Mehrdad Saidi on behalf of ROGHIEH YAZDANFAR
        mailed by –M K Pennington - Notary Public
        c/o P. O. Box 1061
        Corona, California 92878

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

To:   CALIFORNIA REPUBLIC BANK AUTO FINANCE
        Attn:  Andrew Reid, CFO
        1400 Newport Center Drive, Suite 150
        Newport Beach, CA  92660-0943

Date:    January 6, 2014

**RE: TENDER FOR FULL SATISFACTION OF CLAIM VIA DISCHARGE FOR
LOAN ACCOUNT # 01930291001 PURSUANT TO CALIFORNIA CIVIL CODE
3311 AND 31 U.S.C. 5118 (d) (2).*****RETURN OF THIS INSTRUMENT
WITHOUT LAWFUL CAUSE WILL RESULT IN A SUIT FOR TRIPLE
DAMAGES. INTERNAL REGULATIONS DO NOT APPLY. ALL VIOLATIONS
OF PUBLIC POLICY WILL BE AGREESIVLEY PROSECUTED! GOVERN
YOURSELVES ACCORDINGLY*********

To Andrew Reid, CFO:

        Please find enclosed your Presentment or offer as identified and dated January 29,
2013, Accepted for Value and Returned for Value tendered for **FULL SATISFACTION OF
THE OBLIGATION**. The undersigned is the authorized representative and attorney-in-fact
for the above 'corporate entity/person' (Ens Legis) as identified above and in your account
and Presentment.

        The attached demand-deposit instrument, Registered International Bill of Exchange Note
No. **MS01062014** is hereby presented under notary seal by pre-arrangement with the Department
of the Treasury (registered Mail# RB 410 782 909 US and UCC Filing and Notice of Claim with
the California Secretary of State # 127297757916.  Treasury Secretary Jacob Joseph Lew is co-
payee on the instrument and holder of the securitization bond referenced thereon.

        Federal Regulations require your institution, California Republic Bank Auto Finance
(CRBAF) to accept this instrument, sign and present directly via Certified or Registered mail,
Return Receipt to the Secretary of the Treasury- Department of the Treasury on the Maker's UCC
Contract Trust Account. Unless the original Negotiable Instrument is dishonored in writing
within 15 days of receipt by the Secretary of the Treasury, your financial institution is to release
the credit on hold to your account within the time stipulated by Regulation "Z", Truth in Lending
Act or on the date designated, whichever is later. The amount of this accepted instrument is to be
ledgered by your financial institution, TTL Department, to the designated account.

        I, as the Authorized Representative have been estopped in accessing
'constitutional money of exchange' to pay 'fines,' 'fees,' 'taxes,' 'debts,' 'judgments'
or otherwise 'at law' on behalf of ROGHIEH YAZDANFAR, an Ens legis!

REGISTERED MAIL NO.
RE 076 176 118 US

Notice was taken of the contents of your presentment which stipulated conditions under which payment would be accepted. **Since the U.S. Constitution requires every state to ONLY use gold and silver coins in payments to and by the State,** then the Undersigned must inform CRBAF, its agents and/or assigns that statements such as:

*"NOT CERTIFIED FUNDS WILL BE RETURNED."*

## ARE AGAINST THE LAW AND PUBLIC POLICY!!!

***You are precluded by public policy HJR-192 and Title 31 of the United States Code Section 5118(d)(2), and Fair Debt Practices Act, aka, Consumer Protection Act at 15 USC § 1601 and § 1693 from demanding payment in any specific coin or currency of the United States. Section (d)(2) of Title 31 USC § 1518 states that an obligation governed by gold coin is discharged on payment dollar for dollar, by United States coin or currency that is legal tender at the time of payment. The narrow view that money is limited to legal tender is rejected under California Civil code 1201(24). It is not limited to United States dollars. See official comments under California Civil Code 3104 of the UCC under the definition of money.***

Additionally, return of the instrument without identifying a defect by a qualified third party will result in a discharge of the obligation:

*California Civil Code 3603(b)*

*(b)* ***If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender,*** *of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

Your organization may wish to seek legal counsel before you refuse the accompanying tender of payment for discharge.

## PLEASE TAKE NOTICE OF THE FOLLOWING:

**1)** That, *Legal tender under the Uniform Commercial Code (U.C.C.),* California Civil Code. Section 1201 (24) (Official Comment); "The referenced Official Comment notes that the definition of *money* is not limited to *legal tender* under the U.C.C. The test adopted is that of sanction of government, whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. The narrow view that money is limited to legal tender is rejected."

**2)** That, the Federal Reserve Bank in its booklet; MODERN MONEY MECHANICS page 3, states; "In the United States neither paper currency nor deposits have as commodities. Intrinsically, a dollar bill is just a piece of paper, deposits merely book entries."

**TENDER FOR FULL SATISFACTION OF CLAIM VIA DISCHARGE FOR
LOAN ACCOUT# 01930291001**

REGISTERED MAIL NO.
**RE 076 176 118 US**

3)  That the "giving a (federal reserve) note does not constitute payment." See Echart v Commissioners C.C.A., 42 Fd2d 158.

4)  That the use of a (federal reserve) 'Note' is only a promise to pay. See Fidelty Savings v Grimes, 131 P2d 894.

5)  That Legal Tender (federal reserve) Notes are not good and lawful money of the United States. See Rains v State, 226 S.W. 189.

6)  That (federal reserve) 'Notes do not operate as payment in the absence of an agreement that they shall constitute payment.' See Blachshear Mfg. Co. v Harrell, 2 S.E. 2d 766.

7)  Also, Federal Reserve Notes are valueless. (See IRS Codes Section1.1001-1 (4657) C.C.H.).

8)  In light of the holding of Fidelity Bank Guarantee vs. Henwood, 307 U.S. 847 (1939), take notice of… "As of October 27, 1977, legal tender for discharge of debt is no longer required. That is because legal tender is not in circulation at par with promises to pay credit. There can be no requirement of repayment in legal tender either, since legal ' tender was not loaned [nor in circulation] and repayment [or payment] need only be made in equivalent kind; A negotiable instrument."

9)  CALIFORNIA CIVIL CODE 3**603**; "If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender…"

**WHEREFORE**; the Undersigned Authorized Representative can only discharge any such debt/liability due to the fact that the State of California was responsible in the removal of *constitutional money* that was to circulate within the State of California whereby the undersigned could 'pay debts at law' and the Undersigned herein has been estopped in law from paying debts 'at law'.

I would also presume, since the State of California is a 'federal unit,' that it would be a violation of commercial 'due process' or 'fraud' to bar the Undersigned from accessing the remedy provided by Congress (HJR-192) to discharge debts (liabilities) 'dollar for dollar'. (See Dyett v Turner, Warden, Utah State, 439 P 2nd 266 @ 267).

**THEREFORE**, in light of the above, under necessity, having no other means to pay debts at law, and in respect to any supposed 'debt/liability' being accepted for value, but being estopped and denied access to lawful constitutional money of exchange, the undersigned can only exercise the remedy under necessity to discharge the 'debt/liability' on behalf of **ROGHIEH YAZDANFAR**, via your DULY SIGNED PRESENTMENT Accepted for Value and Returned for Discharge bearing my exemption, therein, please accept this negotiable instrument and credit the above account, in honor, within 3 days upon acceptance.

**TENDER FOR FULL SATISFACTION OF CLAIM VIA DISCHARGE FOR**
**LOAN ACCOUT# 01930291001**
Page 3 of 5

REGISTERED MAIL NO.
**RE 076 176 118 US**

Any dishonor will be construed as a commercial injury, violation of agreement, fraud, fraud by scienter, violation of commercial law and otherwise, of which I will have no alternative to initiate my exclusive remedy via Tort Claim, or otherwise.

**NOTICE:** CRBAF is expected to issue a settlement statement reflecting a zero (0) balance. If there is a defect in this instrument, please have a qualified third party return the instrument via certified or registered mail to the address of the Notary included with the copy of 'Affidavit of Mailing' so that the defect may be cured. Failure to post the credit and identify a defect within ten (10) days will be certified in a Default Judgment to be issued by the notary. That judgment will comprise your stipulation to the value and validity of the instrument and confession to a theft of public funds when you defaulted on the opportunity to rebut. **A return of the instrument without cause will be certified as a conversion of liability under public policy, i.e. your agreement to accept liability for the missing funds.** Any attempt to malign payment without a demonstrative notice of dishonor or certificate of protest will be treated as a commercial slander. Your refusal to send the confirmation or notice of dishonor will in no way negate this settlement, and will be your agreement that you and your agency have no capacity to pursue collection. Further collection efforts confirm that you and your agency, collectively and severably owe ROGHIEH YAZDANFAR 1,500,000.00 million United States Dollars, and that ROGHIEH YAZDANFAR may take all necessary steps to secure its claim to the debt owed to it and to collect.

**It is essential that you post the credit and make presentment to the Secretary, or return the instrument for cause with evidence of substantive legal defect within three (3) days of receipt.** "Internal regulations" and "business as usual" do not qualify as substantive legal defects per public policy.

**The Authorized Representative/Creditor seeks ACCORD and SATISFACTION in this matter.**

Any further communication is to be directed to:

M K Pennington - Notary Public
P. O. Box 1061
Corona, California 92878
Non-Domestic Without The United States

Communication sent in any other way will be considered void.

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

I consider that you will do the honorable thing in this matter and close the account and I thank you for giving this matter your immediate and careful consideration.

Sincerely ,

_____ ,
Secured Party Creditor
Authorized Representative, Attorney In-Fact on
behalf of ROGHIEH YAZDANFAR, Ens legis.

**TENDER FOR FULL SATISFACTION OF CLAIM VIA DISCHARGE FOR
LOAN ACCOUT# 01930291001**
Page 4 of 5

REGISTERED MAIL NO.
**RE 076 176 118 US**

State of California }
County of _Riverside_
On _1-06-2014_ before me, _M. K. Pennington (Notary Public)_ Notary Public,
personally appeared _Mehrdad Saidi_

_____

_____

_____ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose
name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California
that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_M. K. Pennington_
Notary Public Signature

M. K. PENNINGTON
Commission No. 2051662
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires DECEMBER 13, 2017
NCC1

Notary Public Seal

_See attached certificate_

**TENDER FOR FULL SATISFACTION OF CLAIM VIA DISCHARGE FOR
LOAN ACCOUT# 01930291001**
Page 5 of 5

State of California )        **CALIFORNIA ALL-PURPOSE**
County of _Riverside_ )        **CERTIFICATE OF ACKNOWLEDGMENT**

On _January 6, 2014_ before me, _M. K. Pennington Notary Public_,
<div style="text-align:center">(here insert name and title of the officer)</div>

personally appeared _Mehrdad Saidi_

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the
State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _M. K. Pennington_

**M. K. PENNINGTON**
Commission No. 2051662
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires DECEMBER 13, 2017

(Seal)

---

## OPTIONAL INFORMATION

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _Tender For Full Satisfaction of Claim Via Discharge For Loan Acct._,
containing _24_ pages, and dated _January 6, 2014_.

The signer(s) capacity or authority is/are as:
- [X] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s)
  <div style="text-align:center">Title(s)</div>
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
<div style="text-align:center">Name(s) of Person(s) or Entity(ies) Signer is Representing</div>

**Additional Information**

Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
    └ ○ form(s) of identification    ○ credible witness(es)

Notarial event is detailed in notary journal on:
    Page # _8_    Entry # _1_

Notary contact: _____

Other
- [ ] Additional Signer(s)    [ ] Signer(s) Thumbprint(s)
- [ ] _____

_Loan Acct. #0193029/001_

---

© Copyright 2007 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612   Form ACK03. 10/07.   To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.notaryrotary.com

– THIS IS NOT A SIGHT DRAFT OF THE BANKRUPTCY ACT IN ANY WAY SHAPE OR FORM –

Lawful Order For Money

House Joint Resolution 192 — Exempted Transaction
Public Policy — Principal Debtor is a Transmitting Utility
(Banker's) Acceptance For Value — Certified and Good
\* NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT \*
\* NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL \*
ISSUED WITH IRS OID

PAYABLE THROUGH:

MEHRDAD SAIDI, 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                     Date: 01/06/2014
c/o United States Treasury
1500 Pennsylvania Avenue, N.W.
Washington, District of Columbia, [postal Zone 20220]

Charge to the Drawee's Account the Value of the SUM CERTAIN AMOUNT OF:    19,896.36

NINETEEN THOUSAND, EIGHT HUNDRED and NINETY-SIX and 36/100------------U.S. Dollars

and Authorize the Same SUM CERTAIN AMOUNT to be Paid to the Order of:

| | |
|---|---|
| California Republic Bank Auto Finance<br>(payee)<br>Satisfaction of Account #01930291001 | 31500 Grape St # 481<br>(Mailing Address)<br>Lake Elsinore,    Ca           92832<br>(City)        (State)        (Zip) |

Mike Saidi, AR
(Drawer/Maker/Principal   UCC § 3-419)

(Accepted For Value, Certified and Good)
Account Numbers:
SOCIAL SECURITY ACCOUNT#..........................
                        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/571758669
                        C02433624/002433624

UNITED STATES PASSPORT ACCOUNT/BOND #.......         509316230
ORIGINAL ORGANIZATIONAL I.D. ACCOUNT/BOND No.        27613147/27613147
CA UCC Contract (Private) Trust Account/Bond #.       127297757916
POST REGISTERED DEPOSIT ACCOUNT#..............        RB 410 782 909 US

ALL OF THE ABOVE
ACCOUNTS/BONDS/CONTRACTS/CERTIFICATES OF
INDEBTEDNESS ARE ACCEPTED FOR VALUE, CERTIFIED
AND GOOD, AND ARE EXEMPT FROM LEVY AND ARE          Authorizing Agent/Representative:
TRANSFERRED AND ASSIGNED TO THE UNITED STATES
TREASURY PURSUANT TO: HOUSE JOINT RESOLUTION        *[signature]*
192 AND INACCORDANCE WITH THE UCC AND TITLE
12USC 95a(2) and TITLE 15 USC §§ 1601-1667e;AND TITLE    UCC § 1-103, 1-105, 1-308, 3-402
12 CFR §§ 226.1 et seq.

CALIFORNIA REPUBLIC BANK  AUTO FIN
PO BOX 25085
SANTA ANA CA 92799-5085



**CALIFORNIA
REPUBLIC BANK**
AUTO FINANCE DIVISION

**MONTHLY STATEMENT**

ROGHIEH YAZDANFAR
30 PLAZA AVILA
LAKE ELSINORE CA 92532-0132

Account Number: 01930291001



| Account Summary | Statement Date: | January 29, 2013 | Customer Service |
|---|---|---|---|

| TRANSACTION DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | ENDING PRINCIPAL BALANCE ** |
|---|---|---|---|
| 01-11-13 | PRINCIPAL PAYMENT | $ 109.88- | |
| 01-11-13 | INTEREST PAYMENT | $ 155.23- | |
| 01-28-13 | LATE CHRG ASSESS | $ 28.22 | 1958.98 |

For billing questions, payoffs, or to make a payment please access our website at crbauto.com or call toll free (888) 588-6927.

For payment arrangements on past due accounts, please call toll free (888) 588-6927.

When contacting our office, please have your 11 digit account number available.

MoneyGram-28,000 locations including Wal-mart - remember to use code 8288 and put 8288 in front of your loan number.

*** The ending principal balance does not reflect the total amount required to pay your loan in full.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

ROGHIEH YAZDANFAR

Return this portion with your check

| Total Amount Enclosed | $ |
|---|---|

Send Payments To:
**CALIFORNIA REPUBLIC BANK AUTO FIN**
PO BOX 25085
SANTA ANA CA  92799-5085

**PAYMENT COUPON**

| | |
|---|---|
| OFFICE ID CODE: | 501-001-0061 |
| ACCOUNT NUMBER: | 01930291001 |
| PAYMENT AMOUNT: | $  364.49 |
| PAST DUE AMOUNT: | $  365.00 |
| LATE CHARGES: | $   91.10 |
| OTHER CHARGES: | $   50.00 |
| **Total Amount Due:** | $  870.59 |

Payments Must Be Received By:     **February 18, 2013**

☐ Check box and make change of address on back

5010010061019302910010003644900087059⌐

FICRB01 CRB000BS 02/17/2012      OICRBBS 10/06/2011

## ADDITIONAL INFORMATION

**POSTING PAYMENTS:** Please mail your check or money order and payment coupon in the enclosed envelope. Write the 11 digit account number on the front of your check. Please allow 5-7 days for your payment to reach us. There may be a delay in posting payments that are mailed to a location other than the payment address shown on the front of this statement. Please do not mail correspondence with your payment. To mail correspondence please send to the address on the top left hand corner of this statement.

**COLLECTIONS:** For payment arrangements on past due accounts, please call toll free (888) 588-6927. Collection representatives are available Monday through Friday 8:00 a.m. to 5:00 p.m. Pacific time.

**PAYOFFS:** A payoff may be obtained by contacting our Customer Service Automated Service Line, or any of our account representatives. Payoff quotes are subject to change due to activity on your account (payments, adjustments, finance charges, etc.).

**CUSTOMER SERVICE:** Customer Service Representatives are available to provide quality service Monday through Friday, 8 a.m. to 5 p.m. Pacific time. California Republic Bank Auto Finance provides a website customerservice@crbauto.com and a toll free line (888) 588-6927 for your convenience. When contacting our office please have your 11 digit account number available.

**NOTICE TO CONSUMER:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.



## ADDRESS CHANGE
Enter your new mailing address and phone number below:

Account # _01930291001_____

Name _____

Street / Apt# _____

City/State/Zip _____

Phone# Residence (_____)_____

Business (_____)_____

*** Private Issue ***            RECORDED/REGISTERED/CERTIFIED FUNDS RB 410 782        US            *** Private Issue ***

**Drawer and Location:**          *International Bill of Exchange (UNCITRAL Convention)*          Date: January 06, 2014
Private Banker                              Pursuant to and in accordance with final articles of the
Mehrdad Saidi, Norco, California              UNCITRAL Convention in effect on the date hereof.          No.: MS01062014
Non-Domestic Without the United States       RRP: Ratified Convention Articles 1-7, 12, 13, 46(1), 47(1), 53
                                             GURANTEED LEGAL TENDER BY THE UNITED STATES OF AMERICA
Payable                                            (as Obligation of the UNITED STATES)
To Bearer
or To The

Order Of:  CALIFORNIA REPUBLIC BANK AUTO FINANCE _____          At:  Sight   Days After:  not applicable

Amount   *Nineteen Thousand,  Eight Hundred and Ninety-Six and 36/100 Dollars ************************************ USD:  $19,896.36
Void Where Prohibited By Law                                                                      ***CERTIFIED FUNDS***
                                                                                                   Remit At Par Via Fed Wire
Value Received And Charge To Account Of:   UCC Contract Trust Account 127297757916

Present This international Bill of Exchange (UNCITRAL Convention) To The Collecting Party With Documents. Acceptance For Honor To Credit Upon Sight. Legal
Tender for ALL Debts, Public Charges, Taxes and Dues Payable without Deductions for and FREE of ANY LEVY, Duties, or Impost of any nature in (USD) Payable
to Order or to Bearer.

To: ENS LEGIS UNITED STATES TRUST MEHRDAD SAIDI          Autograph: _____
    EXEMPT PRIORITY PRE-PAID ACCOUNT# 571758669                      "As Good As Aval" by Authorized Representative          U.C.C. 3-402(B)(1)
    DEPOSITORY TRUST COMPANY                                                     Without Recourse
    55 WATER STREET, NEW YORK, NY 10041

    Pass this International Bill of Exchange (UNCITRAL Convention) on to the CHIEF FINANCIAL OFFICER or someone who can perform a BANKER'S ACCEPTANCE of this instrument which is being presented for performance/acceptance.
         Negotiate this discharge item through the back office for settlement via the pass through at the treasury window under public policy for discharge of debts in accordance with HJR June 5, 1933, 73rd Congress, 1st Session.
                                            Public Law 73-10 and all associated policies. Charge exempt account number 571758669.

**STATEMENT OF ACCOUNT**

| DATE: | Account No.: | PRINCIPAL PAYMENT | INTEREST PAYMENT | CURRENT BALANCE | CHECK NUMBER |
|---|---|---|---|---|---|
| January 6, 2014 | 01930291001 | $209.28 | $155.20 | $00.00 | MS01062014 |

SPECIAL INSTRUCTIONS

Treasury Control System (Offset Payments)

1. Non-cash Item-Prepaid Electronic Funds Transfer Only.
2. Sight Draft of Bankable Paper Guaranteed as Direct Obligation of the United States Government is
   considered Cash Money for discharge of any private or public contractual claim/offer to include those
   that are verbal.  This valuable document written in Good Faith under the Doctrine of Necessity
   and tendered for Transfer by Assignment of Account to 01930291001 the Drawee to Render Settlement in Full
   Satisfaction and Closure of Claim/ Account No.: 01930291001 by transfer of Credit on Account.
3. See enclosed Document CALIFORNIA REPUBLIC BANK AUTO FINANCE, and Memorandum of Law and Points and Authorities.
4. Accepted for  Value Invoice/Demand instrument and UCC3 form are enclosed with this instrument.

## MEMORANDUM

Personal Treasury UCC Contract Trust Account# 127297757916.
The Obligation of the Drawee (acceptor), Secretary of the Treasury, through the bailee (authorized agent) of Claimant's financial institution, TTL Department, hereof arises out
of want of consideration for the pledge and by the redemption of the pledge under Public Resolution HJR-192, Public Law 73-10 and Guaranty Trust Co. of NY v. Henwood et al, 307
U.S. 247 (FN3), represented by the attached claim Accepted for Value and bearing the account number 01930291001.

The claim document Order complies with UCC 3-104, the terms of the original contract, hereby surrendered as said pledge is redeemed (discharged) by the Drawer through the
attached document by acceptance for value and exempted from levy.  Federal regulations require Claimant's financial institution to accept this bill, sign and present directly
via Certified or Registered mail, Return Receipt to the Secretary of the Treasury-Department of the Treasury on the Drawer's UCC Contract Trust Account.

Unless the original Negotiable instrument is dishonored in writing within 15 days of receipt by the Secretary of the Treasury, Claimant's financial institution is to release the
credit on hold to the payeee (Claimant) within time stipulated by Regulation "Z" Truth in Lending Act or on the date designated, whichever is later.  The amount of this accepted
draft is to be Ledgered by Claimant's financial institution, TTL Department, to the designated account for the discharge of this claim (Regulation Z).

This statement constitutes Drawer's order to pay this instrument upon presentment and endorsement.

As an operation of law, Payee tacitly consents and agrees that there is accord and satisfaction by use of this instrument to satisfy Payee's claim and Drawer is hereby
discharged from Liability on this alleged account and the obligation is suspended in accordance with law as codified at O.C.G.A.  11-3-310(b) 11-3-311, 11-3-603, and Public
Policy at House Joint Resolution 192 of June 5, 1933.

Drawer does not waive timeliness.  However, if Payee must present Drawer with a written request for additional time within a reasonable time, setting forth the reasons Payee
request an extension of time, with good  cause shown.  The acceptability of any such request received by Drawer from Payee is conditional upon approval by Drawer.

In the event this instrument is not presented for payment within a reasonable period of time, and there has been no request for an extension of time with good cause shown,
Payee tacitly consents and agrees that Drawer has satisfied/discharged the debt claim re this alleged account.

Payee tacitly consents and agrees that Payee has a duty to prevent this debt claim/monetary obligation from damaging Drawer in any way, and that Payee confesses judgment and
Drawer reserves the right to initiate a counterclaim against Payee, and file a claim against the bond of any responsible party, including Payee and all principals, agents, and
assignees of Payee, whose acts/omissions result in tort damages against Drawer.

*For question regarding this instrument, contact the Drawer by written correspondence.*

# —LETTER OF ADVICE—

*IMPORTANT BANK AND TREASURY ROUTING INSTRUCTIONS—REQUIRES SPECIAL HANDLING*

<u>*NOT TO BE PRESENTED FOR COLLECTION - PROCESS AS A CHECK*</u>

**Promptly mail via Certified Mail, Return Receipt, the signed instrument with these documents to:**

**Jacob J Lew, or his successor – The Secretary of the Treasury – Department of the Treasury,**

**1500 Pennsylvania Ave NW, Washington, D.C. 20220**

| | |
|---|---|
| CALIFORNIA REPUBLIC BANK AUTO FINANCE<br>Attn:  Andrew Reid, CFO<br>1400 Newport Center Drive, Suite 150<br>Newport Beach, CA  92660-0943 | Mehrdad Saidi on behalf of ROGHIEH YAZDANFAR<br>mailed by –M K Pennington - Notary<br>c/o P. O. Box 1061<br>Corona, California 92878 |

Date: January 6, 2014

**Re: Notice – Processing of Bill of Exchange (BA -Time Draft)**

Dear Mr. Reid,

As you may or may not be aware I, Mehrdad Saidi, am a PRIVATE man of the land and not a corporate entity as indicated by the incorrect appellation of my Christian name that you set in all capital letters. You may or may not be aware of what that.

I am in receipt of the attached offer requesting payment.  Please find attached the Bill of Exchange (BA – TD), the processing of which will discharge the entire current amount stated on the claim herein accepted for value.  This attached Negotiable Instrument is presented under authority of HJR-192, Public Law 73-10, UCC 3-104(c), *Spencer v. Sterling Bank*, 63 Cal Ap. 4th 1055 (1998), *Guaranty Trust Co. of New York v. Henwood et al*, 307 U.S. 247 (FN3), and Witkin Negotiable Instruments, Vol. III (including 2002 Supplement) on the undersigned's *UCC Contract Trust Account.*  Following are the steps required by Regulation to settle this account.

Your Silence may constitute an acceptance if there is a relationship between the parties ROGHIEH YAZDANFAR and California Republic Bank Auto Finance or a previous course of dealing by which silence should be understood as acceptance.  Southern Cal. Acoustics Co. v C.V. Holder Inc. (1969) 71 C2d 719, 722, 79 CR 319" See also Circuit City Stores Inc. v Najd (9th Cir. 2002), 294 F3rd 1104, 1109.

---

*This is not a Treasury Security, nor involving a Treasury/Direct Bond Account, nor is this instrument to be processed through the Bureau of Public Debt, nor is this instrument to be applied toward the national debt. These are Certified Funds.*

1.   The attached Negotiable Instrument is in accordance with UCC 3-104 and complies with the terms of the original contract.  The following process *must be followed to the letter* in order to satisfy the claimed amount due on this account and discharge of this debt.

2.   My Personal UCC Contract Trust Account has been established with the Department of the Treasury and may only be accessed with my approval through the bank account of the Claimant *directly* to the Secretary of the Treasury (Drawee).

3. The <u>original</u> Negotiable Instrument is certified and *must* be presented by claimant's financial institution, TTL Department, via Certified or Registered Mail, Return Receipt, directly to *Jacob J Lew, the Secretary of the Treasury, or his Successor, Department of the Treasury, 1500 Pennsylvania Ave NW, Washington, D.C. 20220,*

4. The Item Processor at Claimant's financial institution, with full identification and Bailee (Authorized TTL Agent) signature, is to present the <u>original</u> Negotiable Instrument along with this Instruction Notice and the stamped Claim to the Secretary of the Treasury—Department of the Treasury at the above address.

5. Claimant's financial institution is to put a hold on Claimant's deposit, retain the document <u>copies</u> and await the Return Receipt Card from the Federal Window, noting the date the original Negotiable Instrument was received at the Federal Window in accordance with Public and Banking Policy. For out of state transactions, the UCC and Banking Regulations stipulate fifteen (15) days.

6. The <u>copy</u> of the Negotiable Instrument is to be held at the financial institution until the required period for the Federal Window, Regulation J and Federal Reserve, Reg. Z-Truth in Lending, 12 USC 226.1 et. seq., the Order/Property has passed. On the 16th day, the full-face amount of the Negotiable Instrument is to be released by the local financial institution's TTL Department and credit the Claimant's account for discharge of the claim.

7. To ensure that Claimant's financial institution receives full credit to their TTL account, Claimant's financial institution is to take the <u>retained copies</u> of this Letter of Advice, the copy of the original claim accepted for value, the copy of the original Bill of Exchange and enclose these documents with the institution's next remittance of estimated taxes to the Internal Revenue Service. <u>Before enclosing these documents with the remittance, the institution's Bailee (Authorized TTL Agent) must</u> **endorse the copy of the original Bill of Exchange** <u>on the top reverse side of the instrument.</u>

8. If the **Secretary of the Treasury (Drawee)** sends notice *in writing* of some error or problem, please notify the undersigned immediately upon receipt of such Notice and the matter will be addressed. You will be notified of the corrective action taken. I hereby request that you notify the undersigned when the required time period for the Federal Window and the Federal Reserve under Regulation J and Z have transpired, the ledgering completed and the account adjusted by Claimant's bank.

Thank you for your cooperation in getting this account settled and the claim discharged.


Sincerely ,

Secured Party Creditor
Authorized Representative, Attorney In-Fact on
behalf of ROGHIEH YAZDANFAR, Ens legis.

*-Not subject to negotiability-*

State of California )
County of _Riverside_ )

## CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

On _January 6, 2014_ before me, _M. K. Pennington Notary Public_,
(here insert name and title of the officer)

personally appeared _Mehrdad Saidi_

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _M. K. Pennington_____

> M. K. PENNINGTON
> Commission No. 2051662
> NOTARY PUBLIC-CALIFORNIA
> RIVERSIDE COUNTY
> My Comm. Expires DECEMBER 13, 2017

(Seal)

---

### OPTIONAL INFORMATION

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

**Description of Attached Document**

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _Letter of Advice_

containing __2__ pages, and dated _January 6, 2014_.

The signer(s) capacity or authority is/are as:
- [X] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s)

_____
Title(s)

- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing
_____

**Additional Information**

Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
└ ○ form(s) of identification  ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____ Entry # _____

Notary contact: _____

**Other**
- [ ] Additional Signer(s)
- [ ] Signer(s) Thumbprint(s)
- [ ] _____

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

# NOTICE

**NOTICE OF MEMORANDUM OF LAW – Points and Authorities in Support of International Bill of Exchange**

"Those who constitute an association nationwide of private, unincorporated persons engaged in the business of banking to issue notes **against** these obligations of the United States due them;  whose **private** property is at risk to collateralize the government's debt and currency, by legal definitions, a "national banking association"; such notes, issued **against these obligations of the United States to that part of the public debt due its Principals and Sureties** _are required by law to be accepted as "legal tender" of payment for all debts public and private_, and are defined in law as "obligations of the United States", on the same par and category with Federal reserve notes and other currency and legal tender obligations." (Page 8)

**RE:  Item tendered for Discharge of Debt.**

**The instrument tendered to the bank and negotiated to the United States Treasury for settlement is an "Obligation of THE UNITED STATES",** under Title 18 USC Sect. 8, representing as the definition provides a **"certificate of indebtedness…drawn upon an authorized officer of the United States,"** (in this case the Secretary of the Treasury) **"issued under an Act of Congress"** (in this case **public law 73-10, HJR-192 of 1933 and Title 31 USC 3123, and 31 USC 5103) and by treaty** (in this case **the UNITED NATIONS CONVENTION ON INTERNATIONAL BILLS OF EXCHANGE AND INTERNATIONAL PROMISSORY NOTES (UNCITRAL)** and the **Universal Postal Union headquartered in Bern, Switzerland).**

**TITLE 1>PART I>CHAPTER 1>Sec. 1.>Sec. 8**

**Sec. 8. – Obligation or other security of the United States defined**

**The term "obligation or other security of the United States" includes all** bonds, **certificates of indebtedness, national bank currency,** Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, **drawn** by or **upon authorized officers of the United States,** stamps and other representatives of value, of whatever denomination, **issued under any Act of Congress,** and cancelled United States stamps.

The International Bill of Exchange is legal tender as a national bank note, or note of a National Banking Association, by legal and/or statutory definition **(UCC 4-105 12 CFR Sec 229.2, 210.2, 12 USC 1813),** issued under Authority of the United States Code **31 USC 392, 5103,** which officially defines this as a statutory legal tender obligation of THE UNITED STATES, and is issued in accordance with **31 USC 3123** and **HJR – 192 (1933)** which establish and provide for its issuance as "Public Policy" in remedy for discharge of equity interest recovery on that portion of the public debt to its Principals, and Sureties bearing the Obligations of THE UNITED STATES.

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

This is a statutory remedy for equity interest recovery due the principles and sureties of the United States **for discharge of lawful debts in commerce in conjunction with US obligations to that protion of the public debt it is intended to reduce.**
During the financial crisis of the depression, in 1933 substance of gold, silver, and real money was **removed** as a foundation for our financial system.  In its place, the **substance** of the American citizenry; **their** real property, wealth, assets and productivity that **that belongs to them** was, in effect, **'pledged'** by the government and **placed at risk** as the **collateral** for **US debt, credit and currency** for commerce to function.

This is well documented in the actions of Congress and the President at that time and in the Congressional debates that preceded the adoption of the reorganizational measures:

**Senate Document No. 43, 73rd Congress, 1st Session,** stated,

"Under the new law, the money is issued to the banks **in return** for **Government obligations, bills of exchange, drafts, notes, trade acceptances, and bankers acceptances.  The money will be worth 100 cents on the dollar, because it is backed by <u>the credit of the nation</u>.  It will represent <u>a mortgage on all the homes and other property of all the people in the nation.</u>"** (which **lawfully belongs** to these private citizens.)

The National Debt is defined is defined as "**mortgages on the wealth and income of the people of a country.**" (Encyclopedia Britannica, 1959.)
**Their** wealth, their income...

The reorganization is evidenced by:

Emergency Banking Act                   March 9, 1933
House Joint Resolution 192              June 5, 1933

Series of Executive Orders that surrounded them:

<u>6073</u> – Reopening of Banks.  Embargo on gold payments and exports, and limitations on foreign exchange transactions.                   March 10, 1933

<u>6111</u> – Transactions in foreign exchange are permitted under governmental supervision.
                                       April 20, 1933

<u>6102</u> – Forbidding the hoarding of gold coin, gold bullion and gold certificates.
                                       April 5, 1933

On December 23, 1913, Congress had passed "An Act to provide for the establishment of federal reserve banks, to furnish an elastic currency, to afford a means of rediscounting commercial paper, to establish a more effective supervision of banking in the United States, and **for other purposes**".  The act is commonly known as "**The Federal Reserve Act**".

One of the purposes for enacting the Federal Reserve Act was:

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

**(3) to authorize "hypothecation" of obligations including "United States bonds or other securities which Federal Reserve Banks are authorized to hold"** under Section 14(a):
**12 USC; Ch. 6, 38 Stat. 251 Sect 14(a)**

The term "**hypothecation**" as stated in Section 14(a) of the act is defined:

1. Banking.  **Offer of** stocks, bonds, or other **assets owned by a party <u>other than the borrower</u> as collateral for a loan, <u>without transferring title.</u>**  If the borrower turns the property over to the lender who holds it for safekeeping, the action is referred to as a **pledge.  If the borrower retains possession, but <u>gives the lender the right to sell the property in event of default,</u> it is a true hypothecation.**
2. Securities.  The pledging of negotiable securities to collateralize a broker's **margin** loan.  The broker pledges the same securities to a bank as collateral for a broker's loan, the process is referred to as **re-hypothecation.**"

<div align="right">

**[Dictionary Of Banking Terms, Fitch, pg. 228 (1997)]**

</div>

As seen from the definitions, in hypothecation there is **equitable** risk to the **actual** owner.

Section 16 of the current Federal Reserve Act, codified at <u>12 USC 411</u>, declares that **"Federal Reserve Notes"** are "obligations of the United States".

So, we see the **<u>"full faith and credit"</u> of the United States:**  which is the **substance** of the American citizenry:  **their** real property, wealth, assets and productivity that **belongs to them,** is thereby **hypothecated and re-hypothecated** by the United States to **its** obligations as well as to the Federal Reserve **for the issuance and backing of Federal Reserve Notes as legal tender** "for all taxes, customs, and other public dues".

<u>**TITLE 12>CHAPTER 3>SUBCHAPTER XII>Sec. 411**</u>

**Sec. 411. – Issuance to reserve banks; nature of obligation; redemption**

> **Federal Reserve Notes,** to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal Reserve Banks through the Federal Reserve Agents as hereinafter set forth and for no other purpose, are authorized.  **<u>The said notes, shall be obligations of the United States</u> and shall be receivable by all national and member banks and Federal Reserve Banks and for all taxes, customs, and other public dues.**

The commerce and credit of the nation continues on today under financial reorganization (Bankruptcy) as it has since 1933, **still** backed by the assets and wealth of the American citizenry:  **at risk** for the government's obligations and currency.

Under the 14th amendment and numerous Supreme Court precedents, as well as in equity, **PRIVATE property cannot be taken or pledged for public use <u>without just compensation,</u> or <u>due process of law.</u>**  The United States **cannot pledge or risk the property and wealth of its <u>private</u> citizens, for any <u>government</u> purpose without legally providing them <u>remedy</u> to recover what is due them on their <u>risk.</u>**

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

This principle is so well established in English common law and in the history of American jurisprudence. The 14th amendment provides: "**no person shall be deprived of … property without due process of law**". And courts have long ruled to have one's property legally held as collateral or surety for a debt even when he still owns it and still has it is to **deprive** him of it since it is at risk and could be lost for the debt at any time.

The United States Supreme Court said, in United States v. Russell [13 Wall, 623, 627] "**Private property, the Constitution provides, shall not be taken for public use <u>without just compensation.</u>**"
"The **right of subrogation** is not founded on contract. It **is a creature of equity**; is enforced solely for the purpose of accomplishing the ends of substantial justice; **and is independent of any contractual relations between the parties.**" **Memphis & L.R.R. Co. v. Dow, 120 U.S. 287, 301-302 (1887)**

**The rights of a surety to recovery on his risk or loss when standing for the debts of another** was reaffirmed again as late as 1962 in <u>Pearlman v. Reliance Ins. Co., 371 U.S. 132</u> when the Court said:
… "**sureties compelled to pay debts for their principal have been deemed entitled to reimbursement, <u>even without a contractual promise…</u>And <u>probably there are a few doctrines better established</u>…**"

**Black's Law Dictionary, 5th Edition, defines "surety":**
"One who undertakes to pay **or to do any other act in event that his principal fails therein.** Everyone who incurs **a liability <u>in person or estate</u>** for the benefit of another, without sharing in the consideration, **stands in the position of a "surety".**

Constitutionally and in the laws of equity, the United States **could <u>not</u> borrow or pledge the property and wealth of its private citizens, <u>put at risk</u>, as collateral for <u>its</u> currency and credit <u>without</u> legally providing them <u>equitable remedy for recovery</u> of what is due them.**

The United States government, of course, did **not** violate the law or the Constitution in this way, in order to collateralize its financial reorganization, but did, **in fact,** provide such a legal remedy so that it has been able to continue on since 1933 to hypothecate the **private** wealth and assets of those classes of persons by whom it is owned, **at risk backing the government's** obligations and currency, **by their implied consent,** through the government having provided such **<u>remedy,</u>** as defined and codified above, for recovery of what is due them on their assets and wealth at risk.

The provisions for this are found in the same act of "Public Policy" **HJR-192, public law 73-10** that suspended the gold standard for our currency, abrogated the right to demand payment in gold, and made Federal Reserve Notes for the first time legal tender, "**backed by <u>the substance or "credit of the nation".</u>**"

**All** US currency since that time is only **credit** again the real property, wealth and assets belonging to the private sovereign American people, **taken** and/or '**pledged**' by THE UNITED STATES to its **secondary** creditors as **security** for its obligations.

Consequently, those **backing** the nation's credit and currency **could not** recover what was due them **by anything drawn on Federal Reserve Notes <u>without</u> expanding their risk and obligation to themselves.** Any recovery payments backed by **this** currency would only <u>increase</u> the public debt its

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

citizens were collateral for, which an equitable remedy was intended to <u>reduce,</u> and in equity would not satisfy anything. <u>And</u> there was <u>no longer **actual money of substance to pay anybody.**</u>

There are other serious limitations on our present system. **Since the institution of these events, for practical purposes of commercial exchange, there has been no actual money in circulation by which debt owed from one party to another can actually be repaid.**

Federal Reserve Notes, although made legal tender for all debts public and private in the reorganization, can only **discharge** a debt. Debt must be **"payed"** with **value or substance** (i.e. gold, silver, barter, labor, or a commodity). For this reason HJR-192 (1933), which established the "public policy" of our current monetary system, repeatedly uses the technical term of "discharge" in conjunction with "payment" in laying out public policy for the new system. A debt currency system cannot pay debt.

So, from that time to the present, commerce in the corporate UNITED STATES and among sub-corporate subject entities has had only debt note instruments by which debt can be discharged and transferred in different forms. The unpaid debt, created and/or expanded by the plan now carries a **public liability** for collection in that when debt is discharged with debt instruments (i.e. Federal Reserve Notes included), by our commerce, debt is inadvertently being **expanded** instead of being **cancelled,** thus **increasing the public debt. This is a situation potentially fatal to any economy.**

Congress and government officials who orchestrated the public laws and regulations that made the **financial reorganization** anticipated the long term effect of a debt based financial system which many in government feared, and which we face today in servicing the interest on trillions upon trillions of dollars in US Corporate public debt and in this same act made provision not only for the **recovery remedy to satisfy equity** to its Sureties, but **to simultaneously resolve this problem, as well.**

Since it is, in fact, the real property, wealth and assets of that class of persons that is **the substance** backing **all** the other obligations, currency and credit of THE UNITED STATES **and such currencies could not be used to reduce its obligations for equity interest recovery to it Principals and Sureties.**

HJR-192 further made the **"the notes of national banks"** and **"national banking associations"** on a par with its other currency and legal tender obligations:

**TITLE 31, SUBTITLE IV, CHAPTER 51, SUB-CHAPTER 1, Sec. 5103 states:**

**Legal Tender** – United States coins and currency (including Federal reserve notes and circulating **notes of** Federal Reserve Banks and **National Banks**) are **legal tender** for all debts, public charges, taxes, and dues. (emphasis added).

But this official definition for **'legal tender'** was first established in **HJR-192 (1933)** in the same act that made Federal Reserve Notes and <u>**notes of national banking associations**</u> legal tender.

**Public Policy HJR-192**
JOINT RESOLUTION TO SUSPEND THE GOLD
STANDARD & ABROGATE THE GOLD CLAUSE – June 5, 1933
H.J. Res. 192. 73rd Congress, 1st Session

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

As used in this resolution, **the term "obligation" means an obligation (including every obligation <u>of</u> and <u>to</u> the United States, <u>excepting currency</u>)** payable in money of the United States; and **the term "coin or currency" means coin or currency of the United States, including** Federal Reserve notes and circulating **notes of** Federal Reserve Banks and **National Banking Associations.**

"**All coins and <u>currencies of the United States</u> (including** Federal Reserve Notes and circulating **notes of** Federal Reserve Banks and National Banking Associations) heretofore or hereafter coined or issued, **shall be legal tender** for all debts, for public and private, public charges, taxes, duties, and dues,"

[USC Title 12.221 Definitions – "The terms **"national bank"** and **"national banking association"**... shall be held to be **synonymous and interchangeable."**]

"<u>notes of national banks</u>" or "<u>national banking associations</u>" have continuously been maintained in the official definition of legal tender <u>since</u> **June 5, 1933 to the present day, when the term had <u>never</u> been used to define "currency" or "legal tender" <u>before</u>** that.

Prior to 1933 the forms of currency in use that were legal tender were many and varied: - United States Gold Certificates – United States Notes – Treasury Notes – Interest Bearing Notes – Gold Coins of United States – Standard Silver Dollars – Subsidiary Silver Coins – Minor Coins - Commemorative Coins – **but the list did <u>not</u> include federal reserve notes or notes of national banks or national banking associations** despite the fact national bank notes were a common medium of exchange or "currency" and had been, almost since the founding of our banking system and were backed by United States bonds or other securities on deposit for the bank with the US Treasury.

Further, **from the time of their inclusion in the definition they have been phased out** until presently **all** provisions in the United States Code pertaining to **incorporated federally chartered national banking institutions issuing, redeeming, replacing and circulating notes** have all been <u>**repealed:**</u>

**USC TITLE 12 > CHAPTER 2 – NATIONAL BANKS**

**Subchapter V – OBTAINING AND ISSUING CIRCULATING NOTES**

> <u>Sec. 101 to 110,</u>      Repealed. Pub. L. 103-325, Title VI, Sec. 602e5-11, f2-4a, g9, Sept. 23, 1994, 108 Stat. 2292, 2294
> SUBCHAPTER VI – REDEMPTION & REPLACEMENT OF CIRCULATING NOTES

> <u>Sec. 121.</u>      Repealed. Pub. L. 103-325, Title VI, Sec. 602f4B, Sept. 23, 1994, 108 Stat. 2292
> <u>Sec.</u> 121a.      Redemption of notes unidentifiable as to bank of issue
> <u>Sec. 122.</u>      Repealed.  Pub. L. 97-258, Sec. 5b, Sept. 13, 1982, 96 Stat. 1068
> <u>Sec. 122a.</u>      Redeemed notes of unidentifiable issue; funds charged against
> <u>Sec. 123 to 126.</u>  Repealed. Pub. L. 103-325, Title VI, Sec. 602e12, 13, f4C, 6, Sept. 23, 1994, 108 Stat. 2292, 2293
> <u>Sec. 127.</u>      Repealed.  Pub. L. 89-554, Sec. 8a, Sept. 6, 1966, 80 Stat. 633
>

**As stated in "Money & Banking" 4th Edition, by David H. Friedman, published by the American Bankers Association,** page 78, "***Today commercial banks no longer issue currency***..."

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

It is clear, federally incorporated banking institutions subject to the restrictions and repealed provisions of Title 12, **are <u>not</u> those primarily referred to maintained in the current definition of "legal tender".**

The legal statutory and professional definitions of **"bank", "banking",** and **"banker"** used in the United States Code and Code of Federal Regulations are not those commonly understood for these terms and have made the statutory definition of **"Bank"** accordingly:

UCC 4-105 PART 1

**"Bank"** means **a person** engaged in the business of banking,"
**12CFRSec. 229.2** Definitions **(e) Bank** means "the term bank also includes **<u>any person</u>** engaged in the business of banking."
**12CFRSec. 210.2** Definitions **(d) Bank** means **"any person engaged in the business of banking."**
**USC Title 12 Sec. 1813 – Definitions of Bank and Related Terms – (1)** Bank means "any national bank, state bank, and district bank, and any federal branch and insured branch."
**Black's Law Dictionary, 5th Edition, page 133** defines a "Banker" – "In general sense, person that engages in business of banking.  In a narrower meaning, **a private person** ... who is engaged in the business of banking **<u>without being incorporated.</u>**   Under some statues, an individual banker, as distinguished from a "private banker", is a person who, having compiled with the statutory requirement, has received authority from the state to engage in the business of banking, while a **<u>private banker</u>** is a person engaged in banking **<u>without having any special privileges or authority from the state.</u>"**

**<u>"Banking"</u>** - Is partly and optionally defined as **"The business of issuing notes or circulation......, negotiating bills."**

**Black's Law Dictionary. 5th Edition,** page 133, defines **<u>"Banking":</u>**

**"The business of banking, as defined by law and custom, consists in the issue of notes........<u>intended to circulate as money.......</u>**

And defines a **<u>"Bankers Note"</u>** as:

"A commercial instrument resembling a bank note in every particular except that it is **given by <u>a private banker</u>** or **<u>unincorporated banking institution.</u>"**

Federal Statute does not specifically define **"national bank"** and **"national banking association"** in those sections **where these uses are legislated on** to **exclude <u>a private banker</u>** or **<u>unincorporated banking institution.</u>**

It **does** define these terms to the **exclusion** of such persons in the chapters and sections where the issue and circulation of notes by national banks has been **repealed or forbidden.**

**"In the absence of a statutory definition, courts give terms their ordinary meaning.**
"<u>Bass, Terri L. v. Stolper, Koritzinsky</u>, III F.3d 1325,7thCir.Apps.(1996).

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

As the U.S. Supreme Court noted, **"We have stated time and again that courts must presume that a legislature says in a statute what it means and means in a statute what it says there."** See, e.g., United States v. Goldenburg, 168 U.S. 95, 102-103 (1897);
**"The legislative purpose is expressed by the ordinary meaning of the words used.**
"Richards v. United States, 369 U.S.1 (1962).

Therefore, as noted above, the legal definitions related to **'legal tender'** have been written by Congress and maintained as such to be both **exclusive**, where necessary, and **inclusive**, where appropriate, to provide in its statutory definitions of **legal tender** for the **inclusion** of all those, who by definition of private, unincorporated persons engaged in the business of banking to issue notes **against** the obligation of the United States for recovery on their risk, whose **private** assets and property are being used to collateralize the obligations of the United States since 1933, as collectively and nationally constituting a legal class of persons being a **"national bank"** or **"national banking association" with the right to issue such notes against The Obligation of THE UNITED STATES for equity interest recovery due and accrued to these Principles and Sureties of the United States backing the obligations of US currency and credit; as a means for the legal tender discharge of lawful debts in commerce as remedy due them in conjunction with US obligations to the discharge of that portion of the public debt, which is provided for in the present financial reorganization still in effect and ongoing since 1933.** [12 USC 411, 18 USC 8, 12 USC: ch. 6, 38 Stat.251 Sect 14(a), 31 USC 5118, 3123. with rights protected under the 14th Amendment of the United States Constitution, by the U.S. Supreme Court in United States v. Russell (13 Wall, 623, 627), Pearlman v. Reliance Ins. Co., 371 U.S. 132,136,137 (1962) , The United States v. Hooe, 3 Cranch (U.S.)73(1805), and in conformity with the U.S. Supreme Court 79 U.S. 287 (1970), 172 U.S.48 (1898), and as confirmed at 307 U.S. 247(1939).]

HJR-192 further declared ....... **"every provision.........which purports to give the oblige a right to require payment in gold or a particular kind of coin or currency....is declared to be against Public Policy; and no such provision shall be ..... made with respect to any obligation hereafter incurred."** Making way for discharge and recovery on US Corporate public debt due the Principals and Sureties of THE UNITED STATES providing as **"public policy"** for the discharge of **"every obligation"**, **"including every obligation OF and TO THE UNITED STATES"**. **"dollar for dollar"**, allowing those backing the US financial reorganization to recover on it by **discharging** on obligation they owed **TO THE UNITED STATES** or its sub-corporate entities, **against that same amount of obligation OF THE UNTIED STATES owed to them; thus providing the remedy for the discharge and orderly recovery** of equity interest on US Corporate public debt due the Sureties, Principals, and Holders of THE UNITED STATES, discharging **that** portion of the public debt **without expansion of credit, debt or obligation on THE UNITED STATES or these its prime-creditors** it was intended to satisfy equitable remedy to, but gaining for each bearer of such note, discharge of obligation equivalent in value 'dollar for dollar' to any and all **"unlawful money of the United States"**.

Those who constitute an association nationwide of private, unincorporated persons engaged in business of banking to issue notes **against** these obligations of the Unites States due them; whose **private** property is at risk to collateralize the government's debt and currency, by legal definitions, a **"national banking association"**; such notes, issued against **these obligations of the United States to that part of the public debt due its Principals and Sureties** are required by law to be accepted as "legal tender" of payment for all debts public and private, and, as we have seen, are defined in law as **"obligations of the United States"**, on the same par and category with Federal reserve notes and other currency and legal tender obligations.

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

This is what is asserted in the tender presented to the bank for deposit and the government has said nothing to the contrary.

Would we question that this is exactly what Congress has provided for in these statues and codes on the public debt and obligations of the United States and that this is the remedy codified in statutory law and definition we have cited here? Even though it is never discussed.

Under this remedy for **discharge** of the public debt **and recovery** to its Principles and Sureties, **TWO debts** that would have been discharged in Federal Reserve debt note instruments or checks drawn on the same, equally **expanding** the public debt by those transactions, are discharged against **a SINGLE public debt of the Corporate UNITED STATES and its sub-corporate entities** to its prime-creditor **without the expansion and use of Federal Reserve debt note instruments as currency and credit,** and so, **without** the expansion of debt and debt instruments in the monetary system and the **expansion of the public debt** as burden upon the entire financial system and its Principals, and Sureties the recovery remedy was intended to relieve.

Apparently their use is for the discharge and **non-cash accrual reduction** of US Corporate public debt to the Principals, Prime Creditors and Holders of it as provided in law and the instruments will ultimately be settled by adjustment and set-off in discharge of a bearer's obligation TO THE UNITED STATES against the obligation OF THE UNITED STATES for the amount of the instrument to the original creditor it was tendered to or whomever or whatever institution may be the final bearer and holder in due course of it, again, thus discharging **that** portion of the public debt **without expansion of credit, debit or note on the prime-creditors of THE UNITED STATES** it was intended to satisfy equitable remedy to, but gaining for each endorsed bearer of it discharge of obligation equivalent in value 'dollar for dollar' of currency, measurable in **"lawful money of the United States".**

Although this has been public policy as a remedy for the discharge of debt in conjunction with removal of gold, silver and real money as legal tender currency by the same act of public policy in 1933, it has been a **difficult** concept to communicate for others to accept and to know what to do with it, so its never gained common use and for obvious reasons the government has **discouraged** public understanding of the remedy and recovery under t and therefore it is **little known** and not generally accessed by the public. But it is still an obligation the United States has **bound** itself to and has provided for in statutory law and the United States still accepts these non-cash accrual exchanges today as a matter of law and equity. So is the experience of many who have attempted to access the remedy.

That the "public policies" of House Joint Resolution 192 of 1933 are still in effect is evidenced by the other provisions of "public policy" it established that we can see along with these discussed.  No one would attempt to demand payment in gold or a particular kind of coin or currency in use or think to write such an obligation into a contract, **because the gold standard for currency is <u>still suspended</u> and the right to a 'gold clause' to require payment in gold is <u>still abrogated</u>.  Both are also part of "public policy" established in HJR-192.**

The practical evidence and fact of the United States' financial reorganization (bankruptcy) is still ongoing today, visible all around us to see and understand.  When Treasury notes come due, they're not paid. They are **refinanced** by **new** T-Bills and notes to back the currency and cover the debts.  ...something that cannot be done with debt ......unless,...... **the debtor is protected from creditors in a bankruptcy reorganization** that is regularly being **restructured** to keep it going.

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

Every time the Federal debt ceiling is raised by Congress **they are restructuring the** bankruptcy reorganization of the government's debt so commerce can continue on.

For obvious reasons the United States government does not like having to recognize all this.  It is a very sensitive and delicate matter.  And few can speak or **will** speak authoritatively about it, as the bank has found out.

The recovery remedy is maintained in law because it has to be to satisfy equity to its prime creditors.  At this late time, the United States is neither expecting nor intending it to be generally accessed by the public.  Regarding such instruments tendered to the Secretary, when public officials are put in a position to legally acknowledge or deny the authority or validity of the instruments, those in responsibility **will not deny or dishonor it, or an instrument of discharge property submitted for that purpose.**

The issue what has the government said about it **now?**
What is the policy **in practice?**
And how **does** it finally respond to such claims of which it receives thousands every day?

**Is it a fact:** Title 31 USC 3123 makes a statutory pledge of the United States government to payment of obligations and interest on the public debt.

TITLE 31, SUBTITLE III, CHAPTER 31, SUBCHAPTER II, Sec. 3123 – **Payment of obligations and interest on the public debt**

(a) The faith of the United States Government is pledged to pay in **legal tender**, principal and interest on the obligations of the Government issued under this chapter.

"(b) **The Secretary of the Treasury** shall pay interest due or accrued on the public debt."

**It is a fact:**  Title 32 Section 3130 further delineates in its definitions a portion of the total public debt which is **held by the public** as the "Net public debt"

**TITLE 31 >SUBTITLE>CHAPTER 31>SUBCHAPTER II>Sec. 3130.**

**Sec.3130. – Annual public debt report**

(e) Definitions. –

(2) Total public debt. – The  term "total public debt" means the total amount of the obligations subject to the public debt limit established in section 3101 of this title.

**(3) Net public debt. –**

**The term "net public debt" means the portion of the total public debt which is held by the public.**

**It is a fact:** Section 3101 references **guaranteed obligations held by the Secretary of the Treasury** which are **expected** and **exempted** from "the face amount of obligations whose principal and interest are guaranteed by the United States Government.

**Sec. 3101. – Public debt limit**

(b)     The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government **(except guaranteed obligations held by the Secretary of the Treasury)** may not be more than $5,950,000,000,000, outstanding at one time, subject to changes periodically made in that amount as provided by law.

**It is a fact:** Every day the United States Treasury department receives dozens or hundreds of such instruments making claims of this type.  Obviously some are valid and some are not.

**It is a fact:** There are only 3 official government directives or alerts that address spurious, fraudulent, fictitious, or otherwise invalid, instruments sent to the US Treasury for payment, and **only one** that officially states what is to be **official US government policy** and treatment of them if they are received, this is ALERT 99-10: which is also published on the government website for the United States Treasury: www.publicdebt.treas.gov  under Frauds and Phonies,

The Office of the Comptroller of the Currency, Enforcement & Compliance Division in ALERT 99-10 states:

"Type: Suspicious Transactions
TO: Chief Executive Officers of all National Banks: all State
        Banking Authorities; Chairman, Board of Governors of the
        Federal Reserve System; Chairman, Federal Deposit Insurance Corporation;
        Conference of State Bank Supervisors; Deputy Comptrollers (Districts);
        Assistant Deputy Comptrollers; District Counsel and Examining Personnel.

RE:  Fictitious Sight Drafts payable through the U.S. Treasury

It has been brought to our attention that certain individuals have been making and executing worthless paper documents which are titled "Sight Draft".  These items state that they are payable through the U.S. Treasury, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220.   These instruments are being presented for payment at banks and other businesses throughout the United States.  **Any of these instruments that are presented to the U.S. Treasury for payment will be returned to the sender** and copies will be provided to the appropriate law enforcement agencies." **Dishonored.**

This is in conformity with the Uniform Commercial Code that parties may rely on their presentment of obligations as settled unless given a Notice of Dishonor, whether directly applicable to Treasury Dept. officers or not.

**UCC3-503. NOTICE OF DISHONOR**
**...(b) Notice of dishonor may be given** by any person; **may be** given by any commercially reasonable means, including an oral, written, or electronic communication; **and is sufficient if it reasonably**

identifies the instrument **and** indicates that the instrument has been dishonored or has not been **paid or** accepted. Return of an instrument **given to a bank for collection** is sufficient notice of dishonor.

     c) Subject to Section 3-504(c), **with respect to an** <u>instrument</u> **taken for collection** notice of dishonor must be given.... **within 30 days following the day on which the person receives notice of dishonor.  With respect to** <u>any other instrument,</u> notice of dishonor must be given <u>within 30 days following the day on which dishonor occurs.</u>

**These instruments are never returned from the Treasury dishonored.**

**It is a fact:**  There is no basis or reason or plausible explanation for such **unexplained silence** with regard to **these** particular instruments.
Every other branch of the Federal government including the Dept. of the Treasury has developed elaborate libraries of computer generated form letters of statements and replies dealing with almost every possible question or claim that could be made of any agency or department of the Federal government.  The United States Treasury has an Office of Public Correspondence whose sole job it is to respond to communications from the general public.  **THERE IS NO COMMUNICATION SENT TO THE UNITED STATES TREASURY THAT CAN NOT BE RESPONDED TO AS IT MAY REQUIRE.**

Many such categories of requests calling for response are **far greater** in number than claims in equity for recovery to a Prime-creditor over the United States and some categories are **far fewer** in number, and yet be the requests greater or smaller in number or in complexity of response required, <u>**all these of a commercial nature are regularly and timely responded to.**</u>

**There is virtually** <u>**no written response**</u> **by the Federal government to this issue of recovery to the prime-creditors and holders in equity over the United States.  The factually observable position of the Secretary of the Treasury and his department in response to** <u>THIS</u> **type of claim has been ABSOLUTE SILENCE be they from bank, business or private person:**

**Not denial, disavowal, dishonor, or repudiation of such claims OR their basis in law and fact if they are not true, which in every other case of correspondence to the Federal government or the Department of Treasury dealing with any question, request or claim:  ANY SUCH FALSE CLAIM, MISCONCEPTION OR MISTAKEN UNDERSTANDING ON THE PART OF THE GENERAL PUBLIC IS TIMELY DEALT WITH IN** <u>EVERY CASE</u> **BY SUCH FORM LETTERS.**

It is the **duty** of the United States Treasury to the commerce of the nation and in the interests of the general public whom it serves to **quickly** and **conclusively quash and repudiate any such false understandings** or **claims of remedy in equity on recovery of the public debt in the commercial realm and it is easily within their power to do so.**

**This despite the fact** the only official US government directive from the Department of the Treasury dealing with policy of the government toward fictitious or otherwise invalid instruments sent to the Treasury for collection status **clearly** <u>**"they will be returned to the sender."**</u>

There is, therefore, no basis or reason or plausible explanation for such **unexplained silence** with regard to **this** particular class of instrument **except that a remedy in equity for recovery to the prime-creditors over the United States IS true and factual and CANNOT BE DENIED or DISHONORED in**

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

**equity, and that such Bills of Acceptance in discharge of mutually offsetting obligations between the United States and its holders in equity as secured parties ARE, in fact, being kept, held, and without return or dishonor, accepted as obligations of the United States in the discharge and recovery of the public debt as they make claim on their face to the Secretary of the Treasury to be.**

**How** they are to be recovered on is up to the parties involved holding such obligations and is provided for in law and regulation and regulation and administration procedure a holder or its banking institution may use.

**In Conclusion:**

**When a Commercial Bank sends the instrument to the Secretary for discharge of its own obligations and a problem arises concerning the instrument, a commercial response of some kind is required.  There is a legal liability of the government to a negotiable legal tender obligation upon the United States government sent to them for acceptance by a member Federal Reserve Bank after they received it and became responsible for it.**

The Treasury has an obligation as a department of government serving the public interest to the bank which as a member of the Federal Reserve System that has a commercial obligation to an account holder and a 3rd party who tendered the item in payment to tell them that its not any good or its not going to be honored, even if they wanted to keep it for prosecution or investigation.  This is in effect what the directive says the government will do if its no good.  **What does statutory law, regulation, or case law tells us about what that obligation is?**

They do not dishonor it in any way by return of the item or the sending of any notice to that effect, or make request for additional information or time for examination of the instrument, or given a statement of explanation indicating the time frame for its review and settlement if it would be an inordinately lengthy time as longer than 60 days to finish with it.  The instruments are being kept, held, and without return or dishonor, are accepted as an obligation of the United States in the discharge and recovery of the public debt as it makes claim on its face to be.

Put another way: If the bank had had to pay the item to honor its customer agreement as if it had been a check, **what would or could the bank be trying to do with it to finally settle the account? The bank needs to treat the Instrument tendered as an obligation of the United States to the bank.  The tender of these instruments discharge the obligation of the debt for which they are delivered and the payee becomes the new holder in due course and collection agent on the instruments.**

 **USPS.COM**

Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

**Tracking Number: RE076176118US**

**Expected Delivery Day: Monday, January 13, 2014**

## Product & Tracking Information                    Available Actions

**Postal Product:**                    **Features:**
First-Class Mail®                      Registered Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 14, 2014 , 11:23 am** | **Delivered** | **IRVINE, CA 92612** |

Your item was delivered at 11:23 am on January 14, 2014 in IRVINE, CA 92612.

| | | |
|---|---|---|
| January 13, 2014 , 3:46 pm | Forwarded | NEWPORT BEACH, CA |
| January 13, 2014 , 7:38 am | Sorting Complete | NEWPORT BEACH, CA 92658 |
| January 13, 2014 , 5:16 am | Arrival at Unit | NEWPORT BEACH, CA 92658 |
| January 10, 2014 , 6:52 pm | Depart Post Office | CORONA, CA 92878 |
| January 10, 2014 , 3:53 pm | Acceptance | CORONA, CA 92878 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

**USPS.COM**   Copyright© 2014 USPS. All Rights Reserved.

# EXHIBIT   B

REGISTERED MAIL NO.
**RB 410 728 766 US**

## AFFIDAVIT OF MAILING

State of California
County of Riverside

I am over 18 years of age and not a party to the within action; my business address is:

c/o:  Margaret Pennington - Notary Public
P.O. Box 1061
Corona, California 92878

On this _15_ Day of February, 2014, I witnessed one copy being inserted into an envelope of the

following:

Notice of Dishonor of Presentment and Demand For Discharge of Account # 01930291001
 (5 Pages)

A total of Eight (8) pages mailed herewith, including all attachments (not including this affidavit
of mailing) by United States Postal Service Registered Mail No. **RB 410 728 766 US** in a sealed
envelope with postage prepaid properly addressed to Recipient at the said address below and
depositing the same at an official depository under the exclusive face and custody of the U.S.
Postal Service within the State of California

CALIFORNIA REPUBLIC BANK AUTO FINANCE
Attn:  Andrew Reid, CFO
1400 Newport Center Drive, Suite 150
Newport Beach, CA  92660-0943

I declare under penalty of perjury, under the laws of the State of California that the above is true,
correct, and complete, and that this Affidavit of Mailing was executed on _15_ of February
2014 at Norco, California.  I am not an attorney, nor do I give legal advice.  I am a third party
witness and record keeper of the facts only.


_N. K. Pennington_                                    _February 15, 2014_
Signature, Notary Public for said State of California          Date


My Commission Number: _2 0 5 1 6 6 2_
My Commission Expires: _December 13, 2017_

**REGISTERED MAIL NO.**
**RB 410 728 766 US**

From: Mehrdad Saidi on behalf of ROGHIEH YAZDANFAR
      mailed by –M K Pennington - Notary Public
      c/o P. O. Box 1061
      Corona, California 92878

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

To:   CALIFORNIA REPUBLIC BANK AUTO FINANCE
      Attn:  Andrew Reid, CFO
      1400 Newport Center Drive, Suite 150
      Newport Beach, CA  92660-0943

Date:   February 15, 2014

RE:  Notice of Dishonor of Presentment and Demand For Discharge of Account
     # 01930291001

To Andrew Reid, CFO:

Affiant, Mehrdad Saidi, is a natural born living breathing soul, living in harmony with the natural laws of the creator of the boundless universe, and over the age of twenty-one, reserving all rights, and not waiving any rights or remedies statutory or procedural.

Mr Reid, you received and dishonored my correspondence dated January 6, 2014 to California Republic Bank Auto Finance (CRBAF) on January 14, 2014 at 11:23 am, mailed Registered Mail No. RE 076 176 118 US, International Bill of Exchange (IBOE), for Full Satisfaction and Discharge of Account # 01930291001 for ROGHIEH YAZDANFAR.  The Presentment is included herewith.  **See Enclosed Envelope from CRBAF, Certified Mail No. 7012 2920 0002 1023 6926.**

You were hereby NOTICED in the January 6, 2014 Document from Affiant that **RETURN OF THIS INSTRUMENT WITHOUT LAWFUL CAUSE WILL RESULT IN A SUIT FOR TRIPLE DAMAGES** and that your **INTERNAL REGULATIONS DO NOT APPLY. ALL VIOLATIONS OF PUBLIC POLICY WILL BE AGRESSIVLEY PROSECUTED!**  However, Affiant is standing in Honor and allowing you the opportunity to Act in Honor and discharge the above account or show just cause within 10 days, why CRBAF is not upholding the laws under the Uniform Commercial Code and the Negotiable Instruments Act of 1881 as stated within this Affidavit in a signed counter-affidavit and mailed to the 3rd Party witness address listed in this Affidavit.  **Any other response other than what is outlined in this Affidavit will be considered NULL and VOID.**

Mr Reid, since the  Negotiable instrument was dishonored and not returned identifying a defect by a qualified third party, for Affiant to correct and resubmit, as his only remedy, according to public policy and UCC 3-603, resulted in a discharge of the obligation. Therefore, CRBAF Presentment dated January 27, 2013, has been Accepted for Value and Returned for Value tendered for **FULL SATISFACTION OF THE OBLIGATION,** as

REGISTERED MAIL NO.
**RB 410 728 766 US**

stated in Affiants correspondence to you dated January 6, 2014, CRBAF is to release the credit on hold to the payee (Claimant) within time stipulated by Regulation "Z" Truth in Lending Act or on the date designated, whichever is later.

*California Civil Code 3603(b) states, "If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates."*

Affiant hereby states the following facts:

1. Your failure to dispute or respond and your silence was agreement that the account balance is 0.00 for the above account. Your silence constitutes acceptance and legal and binding agreement with and admission to the fact that everything in the contract was true, correct, legal, lawful and binding upon you, to the terms of the contract, in any court, anywhere in America, without your protest or objection or that of those who represent you, and you, Andrew Reid will be accepting full commercial liability if Settlement in Full Satisfaction and Closure of Claim/Account No. 01930291001 is not completed within 10 days and a written current, Settlement Statement is not mailed to the Notary at the address listed in this Affidavit within 30 days.

2. The Negotiable instrument (IBOE) is legal tender as a national bank note, or note of a National Banking Association, by legal and/or statutory definition **(UCC 4-105 12 CFR Sec 229.2, 210.2, 12 USC 1813)** and was issued under Authority of the United States Code **31 USC 392, 5103,** which officially defines this as a statutory legal tender obligation of THE UNITED STATES, and is issued in accordance with **31 USC 3123** and **HJR – 192 (1933)** which establish and provide for its issuance as "Public Policy" in remedy for discharge of equity interest recovery on that portion of the public debt to its Principals, and Sureties bearing the Obligations of THE UNITED STATES.

3. Affiant issued the IBOE for total amount $19,896.36 [Nineteen Thousand, Eight Hundred Ninety-Six Dollars and .36/100] for discharge to Account No. 01930291001 as a means for the legal tender discharge of lawful debts in commerce as remedy due them in conjunction with US obligations to the discharge of that portion of the public debt, which is provided for in the present financial reorganization still in effect and ongoing since 1933. [12 USC 411, 18 USC 8, 12 USC: ch. 6, 38 Stat.251 Sect 14(a).

4. **Section 5 in The Negotiable Instruments Act, 1881** states, under "Bill of exchange" - A" bill of exchange" is an instrument in writing, containing an unconditional order, signed by the maker, directing a certain person to pay a certain sum of money only to, or to the order of, a certain person or to the bearer of the instrument.

5. **Section 10 in The Negotiable Instruments Act, 1881** states, under "Payment in due course" - " Payment in due course" means payment in accordance with the apparent tenor of the instrument in good faith and without negligence to any person in possession thereof under circumstances which do not afford a reasonable ground for believing that he is not entitled to receive payment of the amount therein mentioned.

6. **Section 16(1) in The Negotiable Instruments Act, 1881** states, If the indorser signs his name and adds a direction to pay the amount mentioned in the instrument to, or to the order of, a specified person, the indorsement is said to be "in full" and the person so specified is called the" indorsee" of the instrument. [ad lib].

7. The **IBOE Note No. MS01062014 CRBAF** received on January 14, 2014 is a statutory remedy for equity interest recovery due the principles and sureties of the United States for discharge of lawful debts in commerce in conjunction with US obligations to that portion of the public debt it is intended to reduce.

8. Mr Reid, by your silence and dishonor in not addressing the issues point by point as outlined within the January 6, 2014 Affidavit constitutes tender for full satisfaction of claim via discharge for loan account # 01930291001 pursuant to California Civil Code 3311 and 31 U.S.C. 5118 (d) (2).

9. The state of California is a federal unit and it would be a violation of commercial "due process" or "fraud" to bar Affiant, Mehrdad Saidi from accessing the remedy provided by Congress, House Joint Resolution (HJR) 192 to discharge debts (liabilities) dollar for dollar. **See Dyett v. Turner, Warden, Utah State, 439 P 2nd 266 @ 267.**

10. An Affidavit Notice of Default and Demand for Discharge and Statement of Account dated January 29, 2014 was mailed Registered Mail No RB 410 727 828 US that CRBAF received on January 31, 2014 at 12:16 pm. The IBOE Check No. MS01062014 showed good faith under the Doctrine of Necessity and your silence was agreement that Account # 01930291001 balance is 0.00, and have agreed by your tacit procuration (your silence) that the above referenced debt/liability has been discharged.

REGISTERED MAIL NO.
**RB 410 728 766 US**

11. Affiant is making this last demand for CRBAF to issue a settlement statement reflecting a zero (0) balance as required by FOIA and mail the settlement statement and confirmation that you notified DMV to the notary name and address listed in the Affidavit of Mailing.  Failure to post the credit and mail written settlement statement within thirty (30) days will constitute a lien to be issued against you.

12. Your refusal to send the confirmation will in no way negate your liability, and will be your agreement that you and your agency have no capacity to pursue collection. If you chose to continue collection efforts, sell this account to a collection agency or report any negative reporting to any of the credit bureaus, you will leave Affiant no choice but to execute a formal complaint letter to be sent certified return receipt to the Federal Trade Commission, California Attorney General and the United Postal Union (UPU), with all Affidavits Attached, to investigate mail fraud involved, for remedy as required under the provisions of the UPU.

## OPPORTUNITY TO CURE

13. Mr Reid, **You are hereby Noticed to Cease and Desist any future collection attempts.** Further collection efforts confirm that you and your agency, collectively and severably owe Mehrdad Saidi $1,500,000.00 Million United States Dollars, and that Mehrad Saidi may take all necessary steps to secure his claim to the debt owed to him and to collect.

14. It is essential that you post the credit and mail a "Paid In Full" Letter within ten (10) days of receipt and issue an "Electronic Title" to DMV within 10-15 days for title to be released to ROGHIEH YAZDANFAR, and **mail copies of those documents to the 3rd Party witness address listed in this Affidavit, within 30 days.**

15. If you comply with Item #14 under the Opportunity To Cure and forever Cease and Desist any further collection attempts, then there will be no further actions taken By Affiant and Mehrdad Saidi will agree this matter will be settled.

16. If you do not comply, then you will be in default and you will be personally liable for the amount of damages of $1,500,000.00 Million United States Dollars that will begin in 30 days and Affiant will file a Commercial Lien in the amount of Ten Million Dollars ($10,000,000.00) naming Mehrdad Saidi as Creditor and Andrew Reid as Debtor.  If you fail to comply, you will leave me no choice but to take all Necessary steps to secure this claim to the debt owed and to collect, through lawful action.

17. Mr Reid, so there is no misunderstanding, Affiant is seeking damages from you

REGISTERED MAIL NO.
**RB 410 728 766 US**

personally, for the injuries caused by your actions in not allowing Affiant remedy under UCC and further collection attempts on a debt not owed. If there is any further attempts to collect on this debt, transfer this account to a collection agency or any law firm that will be a commercial injury against Affiant which all damages stated within this Affidavit will be retroactive and will be enforced if the terms of this Affidavit/Contract is not complied with.

Mr Reid, I pray you act Honorably and take advantage of the "Opportunity To Cure." Failure to respond to this Affidavit point by point with specificity will result in the filing of civil and criminal charges and a commercial lien placed against you.

Any dishonor will be construed as a commercial injury, violation of agreement, fraud, fraud by scienter, violation of commercial law and otherwise, of which I will have no alternative but to initiate my exclusive remedy via Tort Claim, or otherwise. However, I'm confident that CRBAF will act Honorably and comply with their Electronic Title to DMV and the law. I consider that you will do the honorable thing in this matter and close the account and I thank you for giving this matter your immediate and careful consideration.

This is a private communication and is intended to affect an out-of-court settlement of this matter. Conduct yourself accordingly. Should any provision on this agreement be found to not be enforceable by order of a court of competent jurisdiction, it shall not adversely affect any other provision of this agreement and reasonable opportunity and effort shall be taken to modify it to become enforceable.

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**The Authorized Representative/Creditor seeks ACCORD and SATISFACTION in this matter.**

Please mail any further communication with Paid In Full Letter to notary name and address above for 3rd Party witness verification:

I certify under penalty of perjury, under the laws of the State of California that the above is true, correct, and complete to best of my knowledge.

This Affidavit is dated: the 15th day of the Second Month in the Year of Our Lord Two Thousand Fourteen Further I Sayeth not.

Sincerely,

_Mehrdad Saidi_     *See Attached Certificate*

Mehrdad Saidi, Secured Party Creditor

State of California                    )
County of _Riverside_____          )                    **CALIFORNIA JURAT**

Subscribed and sworn to (or affirmed) before me on this ___15___ day

of _February_____, 20_14_, by _Mehrdad Saidi_____

_____,

proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

M. K. PENNINGTON
Commission No. 2051662
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires DECEMBER 13, 2017
NCC1   NCC1

Signature _M. K. Pennington_____

                                                                (Seal)

---

**OPTIONAL INFORMATION**

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

**Description of Attached Document**

This certificate is attached to a document titled/for the purpose of

_Notice of Dishonor_

containing __8__ pages, and dated _February 15, 2014_

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
☐ form(s) of identification  ☐ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____  Entry # _____

Notary contact: _____

Other
☐ Affiant(s) Thumbprint(s)  ☐ Describe: _____

© Copyright 2007-2011 Notary Rotary, Inc.  PO Box 41400, Des Moines, IA 50311-0507.  All Rights Reserved.  Item Number 101884.  Please contact your Authorized Reseller to purchase copies of this form.

# AFFIDAVIT

# IN SUPPORT OF COMMERCIAL DISCHARGE

State of California  )
        ) ss
County of Riverside  )

**"Indeed, no more than (affidavits) is necessary to Make the prima facie case." United States v. Kis, 658 F.2nd, 526 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982**

That I, Mehrdad Saidi (Affiant), a sentient, living man, being first duly sworn – does depose, say and declare by my signature that the following facts are true and correct to the best of my knowledge and belief.

1. THAT, the Affiant is the Secured Party and authorized to speak for, respond and handle the commercial affairs on behalf of ROGHIEH YAZDANFAR, an Ens legis, a corporate fiction/entity and trust entity; in respect to the documents Dated January 27, 2014 have been discharged..

2. **California Civil Code - CCC 3-603(b) states, the return of the instrument without identifying a defect by a qualified 3 party will result in a discharge of the obligation to the extent of the amount of tender**. Therefore, Affiant has discharged the purported debt/liability for Account No. 01930291001 in the amount of $19,896.36 by Acceptance for Value and Return for Discharge via the exemption of the Affiant upon the Presentment so tendered by CRBAF in light of the U.S. Bankruptcy in behalf of the Ens legis, corporate entity/Debtor ROGHIEH YAZDANFAR.

3. THAT, Affiant sent California Republic Bank Auto Finance (CRBAF) a Tender For Full Satisfaction of Claim regarding ROGHIEH YAZDANFAR seeking full discharge of Account No. 01930291001 and CRBAF is in Dishonor to the Tender For Full Satisfaction that was received, signed for and accepted by CRBAF on January 14, 2014 at 11:23am, by failing to respond point by point and identifying any defects as outlined in the January 10, 2014 Affidavit.

4. **CCC 3-603** states in its entirety that, "If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of tender."

5. THAT, CRBAF is in dishonor and Affiant for the record has tendered the Debt for Discharge in this matter. CRBAF have stipulated to and agreed with Affiant by tacit procuration (silence) that CRBAF Internal rules do not apply and that the narrow view that money is limited to legal tender is "Rejected" under the California Civil Code

1201(24).  It is not limited to United States Dollars.  Study CCC 3-104 of the Uniform Commercial Code - UCC under the definition of money.

6. THAT, any transaction to discharge debt liability is in accordance and compliance with UCC 3-104; Title IV, Section 401 (FRA); USC Title 12; USC Title 28, §§ 1631, 3002; and the Foreign Sovereign Immunity Act under necessity, in light of the fact that the several States are in violation of Article I, Section X of the U.S. Constitution.

7. THAT, any documents transmitted in behalf of Debtor to discharge debt liability in behalf of the Debtor is in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104 and 10-104.

8. THAT, the undersigned Affiant has been estopped from and has no access of lawful constitutional money of exchange (See U.S. Constitution – Article I § X) to PAY DEBTS AT LAW, and pursuant to HJR-192, can only discharge fines, fees, debts, and judgments dollar for dollar via commercial paper or upon his/her exemption; and by said Acceptance of any "Claim(s)" has eliminated any controversy in this matter.

9. THAT, Legal tender under the Uniform Commercial Code (U.C.C.), Section 1-201 (24) (Official Comment); "The referenced Official Comment notes that the definition of money is not limited to legal tender under the U.C.C.  The test adopted is that of sanction of government, whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. The narrow view that money is limited to legal tender is rejected."

10. THAT, the Federal Reserve Bank of Chicago in its booklet; MODERN MONEY MECHANICS, Page 3 states; "In the United States neither paper currency [e.g., Federal Reserve Notes] nor deposits have value as commodities.  Intrinsically a dollar bill is just a piece of paper, deposits merely book entries."  The acceptance of said "currency" is merely a "confidence" game predicated upon the people's faith or "confidence" that these currencies/instruments can be exchanged/accepted for good and services.

11. THAT, pursuant to State and Federal TENDER OF PAYMENT statutes; "Whatever is tendered as payment, whether property, money or an instrument, if not accepted, the debt is discharged."
THAT, the Affiant is exercising the remedy provided by Congress via HJR-192 and proceeding upon agreement and stipulation of CRBAF; and upon tender of the instrument CRBAF are to perform according to law and ledger in the credit and mail a Settlement Statement Letter to the notary address within 10 days, if not CRBAF will be in breach of this Affidavit and have committed various violations of Commercial and State Law. Further Affiant Sayth Not.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT NOTICE TO THE
AGENT IS NOTICE TO PRINCIPAL
Applicable to all successors and assigns


Silence is Acquiescence/Agreement/Dishonor


I certify under penalty of perjury, under the laws of the State of California that the above is true, correct, and complete to best of our knowledge.

This Affidavit is dated: the 15th day of the Second Month in the Year of Our Lord Two Thousand Fourteen Further Affiants Sayeth  not.

Sincerely ,

Mehrdad Saidi, Secured Party Creditor

*See Attached Certificate*

State of California                              )
County of _Riverside_____                    )                **CALIFORNIA JURAT**

Subscribed and sworn to (or affirmed) before me on this _15_____ day

of _February_____ , 20 _14_ , by _Mehrdad Saidi_____

_____ ,

proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

> **M. K. PENNINGTON**
> Commission No. 2051662
> NOTARY PUBLIC-CALIFORNIA
> RIVERSIDE COUNTY
> My Comm. Expires DECEMBER 13, 2017
> NCC1

Signature _M.K. Pennington_____

                                                          (Seal)

---

## OPTIONAL INFORMATION

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

### Description of Attached Document

This certificate is attached to a document titled/for the purpose of

_Affidavit In Support of Commercial Discharge_

containing _8_ pages, and dated _February 15, 2014._

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
  ○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
  Page # _____   Entry # _____

Notary contact: _____

Other _____

☐ Affiant(s) Thumbprint(s)  ☐ Describe: _____

© Copyright 2007-2011 Notary Rotary, Inc.  PO Box 41400, Des Moines, IA 50311-0507.  All Rights Reserved.  Item Number 101884.  Please contact your Authorized Reseller to purchase copies of this form.

English       Customer Service       USPS    ›                                           Register / Sign In



Search USPS.com or Track Packages

Quick Tools              Ship a Package       Send Mail       Manage Your Mail       Shop       Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number: RB410728766US**

**Expected Delivery Day: Friday, February 21, 2014**

## Product & Tracking Information                   Available Actions

**Postal Product:**            **Features:**
First-Class Mail®          Registered Mail™       Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 24, 2014 , 11:38 am** | **Delivered** | **IRVINE, CA 92612** |
| | Your item was delivered at 11:38 am on February 24, 2014 in IRVINE, CA 92612. | |
| February 22, 2014 , 6:27 am | Available for Pickup | IRVINE, CA 92619 |
| February 21, 2014 , 9:32 am | Forwarded | NEWPORT BEACH, CA |
| February 21, 2014 , 9:31 am | Forwarded | NEWPORT BEACH, CA |
| February 20, 2014 , 8:21 am | Sorting Complete | NEWPORT BEACH, CA 92658 |
| February 20, 2014 , 6:25 am | Arrival at Unit | NEWPORT BEACH, CA 92658 |
| February 19, 2014 , 6:55 pm | Depart Post Office | CORONA, CA 92878 |
| February 19, 2014 , 11:28 am | Acceptance | CORONA, CA 92878 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                                        ]     Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

REGISTERED MAIL NO.
**RE 285 967 676  US**

## AFFIDAVIT OF MAILING

State of California
County of Riverside

I am over 18 years of age and not a party to the within action; my business address is:

c/o:  M. K. Pennington - Notary Public
P.O. Box 1061
Corona, California 92878

On this  _10_  Day of March, 2014, I witnessed one copy being inserted into an envelope of the following:

Affidavit of Mehrdad Saidi and Demand For Release of Title For Account # 01930291001
 (3 Pages)

A total of Three (3) pages mailed herewith, including all attachments (not including this Affidavit of mailing) by United States Postal Service Registered Mail No. RE 285 967 676 US in a sealed envelope with postage prepaid properly addressed to Recipient at the said address below and depositing the same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California

CALIFORNIA REPUBLIC BANK FINANCE
Attn:  David Prescher, President
18400 Von Karman Avenue, Suite 1100
Irvine, CA  92612

I declare under penalty of perjury, under the laws of the State of California that the above is true, correct, and complete, and that this Affidavit of Mailing was executed on  _10_  of March 2014 at Corona, California.  I am not an attorney, nor do I give legal advice.  I am a third party witness and record keeper of the facts only.

_M. K. Pennington_                                    _March 10, 2014_
Signature, Notary Public for said State of California          Date

My Commission Number: _2051662_

My Commission Expires: _December 13, 2017_

**Affidavit of Mehrdad Saidi  and Demand For Release of Title For Account # 01930291001**
Page 1 of 4

REGISTERED MAIL NO.
RE 285 967 676  US

From: Mehrdad Saidi on behalf of ROGHIEH YAZDANFAR
     mailed by –M K Pennington - Notary Public
     c/o P. O. Box 1061
     Corona, California 92878

                                          **NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
                                          **NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

To:   CALIFORNIA REPUBLIC BANK AUTO FINANCE
       Attn:  David Prescher, President
       18400 Von Karman Avenue, Suite 1100
       Irvine, CA  92612

Re:   Release of Title— Lien Release /$0.00 Balance Due
       Account No. 01930291001


Date:   March 8, 2014


          **Affidavit of Mehrdad Saidi  and Demand For Release of Title**
          **For Account No. 01930291001**


Dear Mr Prescher:

I received your letter dated February 27, 2014 acknowledging receipt of Mehrdad Saidi (Affiant) letter dated February 15, 2014, and that **California Republic Bank (CRB) will Cease and Desist further collection activity arising from the debt obligation owed by ROGHIEH YAZDANFAR to CRB on Account No. 01930291001.**

Thank you for complying with the Opportunity To Cure, Item #13 – Cease and Desist, in the Affidavit and Demand For Discharge your office received via Registered Mail No. RB 410 728 766 US on February 24, 2014.

You agree that all obligations have been fully satisfied and settled.  Now that the terms of the contract have been completed, according to state law, CRB will notify the DMV that the loan agreement has been satisfied and to authorize the DMV to release a "Certificate of Title" to ROGHIEH YANDANFAR.

It is essential that you also comply with the Opportunity To Cure, Item #14 – instruct DMV to issue Title within 10-15 days to ROGHIEH YAZDANFAR for closure of the above account and have DMV direct any information pertaining to the Release of Title to the address provided below:

Roghieh Yandanfar
31500 Grape Street, # 481
Lake Elsinore, California 92832

REGISTERED MAIL NO.
RE 285 967 676  US

**ADMINISTRATIVE REMEDY PROCEDURE –**
**PLEASE READ CAREFULLY**

1. Receipt of Affiant's presentment comprises an **Administrative Remedy under** public policy- regarding executed **RIGHT TO RELEASE CREDIT HOLD on** said account, and have **DMV ISSUE A CERTIFICATE OF TITLE** to ROGHIEH YANDANFAR. This administrative process instantly **pays, settles and satisfies all verified claims.**

2. As an operation of law, Affiant has exhausted his administrative remedy.  Failure of CRB to exhaust the debt obligation will be **certified** a default and admission of tort injury to Affiant.

3. As an operation of law, failure to comply with the above terms as specifically outlined comprises agreement with all terms of the prior affidavits, statements and claims herein and you waive any further notice(s) of any kind.

This Affidavit Administrative Remedy is presented with peaceful intentions expressly for your benefit to provide you with due process and a good faith opportunity to close Account No.  01930291001.  Certifying that Affiant has satisfied the debt obligation owed by Roghieh Yazdanfar by the exercising of his rights under administrative remedy, and this Affidavit will comprise your agreement to an estoppel of all further action pursuant to the collection of said settled account as you have honorably agreed to in your February 27, 2014 Letter.

## TERMS OF THE AFFIDAVIT

1. Have Account No.  01930291001 to reflect a zero (0.00) balance.

2. To Forever Cease and Desist Any Collection Activity on Account No. 01930291001.

3. To refrain from the selling of Account No. 01930291001 to any Collection Agency or report any negative reporting to any of the credit bureaus.

4. To instruct DMV to issue Title within 10-15 days to ROGHIEH YAZDANFAR.

Failure to comply pursuant to the said Terms of the Affidavits or specifically perform under the provisions of this Affidavit will comprise a default and dishonor of this administrative remedy.   As an operation of law, a default will comprise your agreement, consent and confession to all of the terms, statements and facts within the prior Affidavits. CRB agrees to compensate Affiant One Million Five Hundred Thousand Dollars ($1,500,000.00) by certified funds made payable to Mehrdad Saidi, c/o:  3rd Party Notary Public address listed below, within 30 days of Demand by Affiant; and also authorize Affiant to file a Commercial Lien listing Mehrdad Saidi as Judgment Creditor and California Republic Bank Auto Finance as

REGISTERED MAIL NO.
**RE 285 967 676  US**

Judgment Debtor in the amount of Ten Million Dollars ($10,000,000.00) to secure the debt owed.

Failure to comply with issuing an Electronic notification to DMV regarding Release of Title within 10-15 days **will comprise your authorization, complete agreement to and acceptance of all terms herein for Affiant to notify DMV directly for Release of Title** to facilitate closure of the above account. i.e. full release of title/lien. You agree that this Contract is **self-adjudicating** upon your default by failure to comply and constitutes dishonor.

Any dishonor will be construed as a commercial injury, violation of agreement, fraud, fraud by scienter, violation of commercial law and otherwise. However, Affiant considers you will do the honorable thing in this matter and instruct DMV to issue Title within 10-15 days to Roghieh Yazdanfar for closure of the above account.

"Deadline" to notify DMV prior to Affiant initiating the terms of this contract is by 5:00 pm the **FIFTEENTH (15th)** day after the postmark of this notice.

I thank you for giving this matter your immediate and careful consideration.

This is a private communication and is intended to affect settlement/closure of this matter.


Any further communication is to be directed to:

    M K Pennington - Notary Public
    P. O. Box 1061
    Corona, California 92878
    Non-Domestic Without The United States

Communication sent in any other way will be considered void.

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I certify under penalty of perjury, under the laws of the State of California that the above is true, correct, and complete to the best of my knowledge


Sincerely,

Autograph: _____                See Attached Certificate
            Mehrdad Saidi,

State of California          )

County of _Riverside_      )

**CALIFORNIA JURAT**

Subscribed and sworn to (or affirmed) before me on this _8th_ day

of _March_ , 20_14_ , by _Mehrdad Saidi_

_____ ,

proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

M. K. PENNINGTON
Commission No. 2051662
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires DECEMBER 13, 2017

Signature _M. K. Pennington_

(Seal)

---

**OPTIONAL INFORMATION**

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

This certificate is attached to a document titled/for the purpose of

_Affidavit of Mehrdad Saidi and_
_Demand For Release of Title For_
_Account No. 0193029/001_

containing _3_ pages, and dated _March 8, 2014_.

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
◯ form(s) of identification   ◯ credible witness(es)

Notarial event is detailed in notary journal on:
    Page # _____   Entry # _____

Notary contact: _____

Other

☐ Affiant(s) Thumbprint(s)   ☐ Describe: _____

© Copyright 2007-2011 Notary Rotary, Inc.  PO Box 41400, Des Moines, IA 50311-0507.  All Rights Reserved. Item Number 101884.  Please contact your Authorized Reseller to purchase copies of this form.



English          Customer Service          USPS L....                                    Register / Sign In

**USPS.COM**                                          Search USPS.com or Track Packages

Quick Tools          Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number:** RE285967676US

**Expected Delivery Day: Wednesday, March 12, 2014**

## Product & Tracking Information

### Available Actions

**Postal Product:**              **Features:**
First-Class Mail®                Registered Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 11, 2014 , 10:50 am** | **Delivered** | **IRVINE, CA 92612** |

Your item was delivered at 10:50 am on March 11, 2014 in IRVINE, CA 92612

| | | |
|---|---|---|
| March 11, 2014 , 8:27 am | Out for Delivery | IRVINE, CA 92619 |
| March 11, 2014 , 8:17 am | Sorting Complete | IRVINE, CA 92619 |
| March 11, 2014 , 3:52 am | Arrival at Unit | IRVINE, CA 92619 |
| March 10, 2014 , 6:55 pm | Depart Post Office | CORONA, CA 92878 |
| March 10, 2014 , 4:49 pm | Acceptance | CORONA, CA 92878 |

---

## Track Another Package

**What's your tracking (or receipt) number?**

|                                          | **Track It** |

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

**USPS.COM**  |  Copyright© 2014 USPS. All Rights Reserved.

# EXHIBIT   C

## CRITIFCATE OF NON-RESPONS

RE: Acceptance by   Mehrdad Saidi for **Loan#** 01930291001

This Certificate of Non-Response is presented as evidence of dishonor pursuant to legal authority as Codified in the CA Com Code § 1202, CA Com Code § 3505, CA Com Code § 1103(b), CA Ev Code § 622, CA Ev Code § 623, CA Ev Code § 634, and CA Ev Code § 641,

I, M.K. Pennington, am the notary who verified California Republic Bank Auto Finance's dishonor of Mehrdad Saidi  Notice of Acceptance for loan no. 01930291001,  pursuant to state law regarding evidence of dishonor codified at   CA Com Code § 3505. I certify the following:

On, January 10, 2014 the record shows I mailed Mehrdad Saidis' Tender for Full Satisfaction of Claim with attachments, dated January 6, 2014 to California Republic Bank Auto Finance at 1400 Newport Center Drive, Suite 150, Newport Beach, CA  92660-0943, Attention Andrew Reid, CFO by REGISTERED MAIL NO. **RE 076 176 118 US** RRR, as verified by Affidavit of Mailing.

On, January 29, 2014 the records shows I mailed a NOTICE OF DEFAULT AND DEMAND FOR DISCHARGE AND STATEMENT OF ACCOUT to California Republic Bank Auto Finance at 1400 Newport Center Drive, Suite 150, Newport Beach, CA 92660-0943, Attention Andrew Reid, CFO, by REGISTERED MAIL NO. **RE 401 727 828 RRR**, as verified by Affidavit of Mailing.

After acceptance of both mailings, California Republic Bank Auto Finance refused to send the confirmation that account for Loan# 01930291001 has been adjusted and settled, nor a notice of dishonor form a qualified third party excusing his refusal, in the ten (10) days following the second mailing.

California Republic Bank Auto Finance , did not cure their dishonor. They gave no reason for their refusal to confirm the adjustment and settlement of the account or send a notice of dishonor.

Therefore, based on the foregoing facts, I certify that California Republic Bank Auto Finance. , dishonored Mehrdad Saidi and me through their non-response, and did thereby agree that Mehrdad Saidi accepted the presentment for demand for payoff for loan # 01930291001, returned the presentment along with a negotiable instrument for discharge of the obligation per public policy.

Further, California Republic Bank Auto Finance, agreed that their refusal to send the written confirmation of the settlement of account #  01930291001 or a notice of dishonor form a qualified third party, in no way negates the fact that said account is settled and closed, that their agency has no capacity to pursue collection on said account, and that further pursuit of collection is agreement that California Republic Bank Auto Finance collectively and sever ably owe MEHRDAD SAIDI $5,000.00 and that he may take all necessary steps to secure his claim to the debt owed to him and to collect.

Dated June 26, 2014

_M. K. Pennington_ (seal)
Notary Public
M. K. Pennington
c/o P.O Box 1061
Corona, California 92878

See Attached Certificate

M. K. PENNINGTON
Commission No. 2051662
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires DECEMBER 13, 2017

**Void Where Prohibited By Law**

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of _Riverside_

On _June 26, 2014_ before me, _M.K. Pennington, Notary Public_,
<span>(Here insert name and title of the officer)</span>

personally appeared _Mehrdad Saidi_,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_M. K. Pennington_
Signature of Notary Public

**M. K. PENNINGTON**
Commission No. 2051662
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires DECEMBER 13, 2017

(Notary Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☒ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

MEHRDAD SAIDI

(b) County of Residence of First Listed Plaintiff _____

(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorneys (Firm Name, Address and Telephone Number) If you are
representing yourself, provide the same information.

MEHRDAD SAIDI

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

California Republic Bank

County of Residence of First Listed Defendant _____

(IN U.S. PLAINTIFF CASES ONLY)

Attorneys (Firm Name, Address and Telephone Number) If you are
representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only**
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☒ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☐ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ 100,000.°°

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**  Case Number: SACV14-01197-PSG (ASx)

CV-71 (06/14)   CIVIL COVER SHEET   Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| ☐ Yes  ☐ No | | | |
| If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | | Western |
| | ☐ Orange | | Southern |
| | ☐ Riverside or San Bernardino | | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☑ No | | ☐ NO.  Continue to Question B.2. |
| If "no," skip to Question C.  If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.) *check one of the boxes to the right* | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☑ No | | ☐ NO.  Continue to Question C.2. |
| If "no," skip to Question D.  If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.) *check one of the boxes to the right* | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☒ | ☒ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☒ | ☐ | ☐ |

| D.1.  Is there at least one answer in Column A? | D.2.  Is there at least one answer in Column B? |
|---|---|
| ☑ Yes  ☐ No | ☐ Yes  ☑ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E,  below, and continue from there. | Enter "Eastern" in response to Question E,  below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. ⬇ Enter "Western" in response to Question E, below. |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☑ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?          ☐ NO    ☒ YES

If yes, list case number(s):

**IX(b). RELATED CASES**: Is this case related (as defined below) to any cases previously filed **in this court**?    ☐ NO    ☒ YES

If yes, list case number(s):

**Civil cases are related when they:**  (1) arise from the same or a closely related transaction, happening, or event; (2) call for determination of the same or substantially related or similar questions of law and fact; or (3) for other reasons would entail substantial duplication of labor if heard by different judges.  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**          DATE:  7/29/14

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |