UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 14-1197 PSG (Asx) | Date | October 21, 2014 |
|---|---|---|---|
| Title | Mehrdad Saidi v. California Republic Bank | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| Not Present | | Not Present |

**Proceedings (In Chambers):**     **Order DISMISSING Case for Lack of Subject Matter Jurisdiction**

On July 29, 2014, Plaintiff Mehrdad Saidi ("Plaintiff") filed a complaint against Defendant California Republic Bank ("Defendant"). *See* Dkt. # 1. On September 22, 2014, the Court issued Plaintiff an order to show cause to why the case should not be dismissed for lack of subject matter jurisdiction because Plaintiff had not pled Defendant's citizenship while seemingly basing jurisdiction on diversity of citizenship. *See* Dkt. # 15.

Within the appropriate time period, Plaintiff responded that the Court has subject matter jurisdiction over the case, not on the basis of diversity of citizenship, but because Plaintiff is alleging violations of federal laws. *See* Dkt. # 17. The complaint itself stated the following:

> Jurisdiction in this matter is hereby granted by Mehrdad Saidi, Authorized Representative for MEHRDAD SAIDI by way of sufficiency of pleadings (see Affidavit in Support of AMENDED COMPLAINT IN BILL IN EQUITY).

*Compl.* ¶ 1. Plaintiff's corresponding affidavit does not assert any violations of federal law. *See Compl.* "Affidavit in Support Bill in Equity." Plaintiff's response to the order to show cause claims that Defendant violated the United States Constitution and federal statutes as stated in exhibits attached to his complaint, but it is unclear if these violations are actually alleged in the collection of papers included in these exhibits and, regardless, the pleading format is unacceptable. *See* Dkt. # 17. Local Rule 8-1 requires that "[t]he statutory or other basis for the exercise of jurisdiction by this Court shall be plainly stated in the first paragraph of any document invoking this Court's jurisdiction." L.R. 8-1.

Thus, Plaintiff has not demonstrated that the Court has subject matter jurisdiction over the case because he has failed to plead diversity of citizenship and he has not pointed the Court to where he properly pled violations of federal laws in the complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 14-1197 PSG (Asx) | Date | October 21, 2014 |
|---|---|---|---|
| Title | Mehrdad Saidi v. California Republic Bank | | |

The Court DISMISSES the case for lack of subject matter jurisdiction without prejudice.

**IT IS SO ORDERED.**